UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, in its capacity as Trustee, JOSHUA N. TERRY, AND ACIS CAPITAL MANAGEMENT, L.P.,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE CHARITABLE DONOR ADVISED FUND, L.P., AND CLO HOLDCO LTD.,<br><br>*Defendants*. | No. _____ |

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF ACIS CAPITAL MANAGEMENT, L.P.

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Acis Capital Management, L.P., hereby certifies that:

Acis Capital Management, L.P. is a Delaware limited partnership.

Acis Capital Management's general partner is Shorewood GP, LLC, a Delaware limited liability company.

Plaintiff Joshua N. Terry is the indirect 100% owner of Shorewood GP, LLC, and holds, through an affiliate, 100% of the limited partnership interests in Acis Capital Management, L.P.

Dated: December 24, 2021

*/s/ Jonathan E. Pickhardt*
Jonathan E. Pickhardt
Blair A. Adams
Misha Boutilier
51 Madison Avenue, 22nd Floor,
New York, New York 10010
(212) 849-7000

*Attorneys for Plaintiffs Joshua N. Terry and Acis Capital Management, L.P.*