UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, in its capacity as Trustee, JOSHUA N. TERRY, AND ACIS CAPITAL MANAGEMENT, LP,<br><br>    *Plaintiffs*,<br><br>v.<br><br>THE CHARITABLE DONOR ADVISED FUND, L.P., AND CLO HOLDCO LTD.,<br><br>    *Defendants*. | No. _____ |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff U.S. Bank National Association, as indenture trustee, a nongovernmental corporate party, by and through its attorneys, respectfully states that it is a wholly owned subsidiary of U.S. Bancorp.

Dated: December 24, 2021
      New York, New York

                                                Respectfully submitted,

                                                **SEWARD & KISSEL LLP**

                                                */s/ Mark D. Kotwick*
                                                Mark D. Kotwick
                                                Thomas Ross Hooper
                                                Julie J. Hong
                                                One Battery Park Plaza
                                                New York, New York 10004
                                                Tel: (212) 574-1545
                                                Fax: (212) 480-8421
                                                kotwick@sewkis.com

                                                *Attorneys for Plaintiff U.S. Bank National Association, in its capacity as Trustee*

SK 03687 1456 9125166