# EXHIBIT J

quinn emanuel    trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

December 28, 2021

**BY EMAIL AND FEDERAL EXPRESS**
The Charitable Donor Advised Fund, L.P.
c/o FFP (Corporate Services) Limited
2nd Floor Harbour Centre
42 North Church Street, George Town
Grand Cayman KY1-9005, Cayman Islands

CLO HoldCo Ltd.
190 Elgin Avenue, George Town
Grand Cayman KY1-9005, Cayman Islands

Mazin A. Sbaiti, Esq.
Sbaiti & Company
2200 Ross Avenue, Suite 4900W
Dallas, Texas 75201
MAS@SbaitiLaw.com
*Counsel to The Charitable Donor Advised Fund, L.P. and CLO HoldCo Ltd.*

Re:   *U.S. Bank National Association, in its capacity as Trustee, et al. v. The Charitable Donor Advised Fund, L.P., et al.*, No. 1:21-cv-11059 (S.D.N.Y.)

Dear Sirs or Madams:

We write on behalf of U.S. Bank National Association, in its capacity as trustee (the "Trustee"), Joshua N. Terry ("Mr. Terry"), and Acis Capital Management, L.P. ("ACM," and, collectively with the Trustee and Mr. Terry, "Plaintiffs") to notify The Charitable Donor Advised Fund, L.P. (the "DAF") and CLO HoldCo Ltd. ("CLO HoldCo," and, collectively with the DAF, "Defendants") that Plaintiffs have commenced a declaratory judgment action against Defendants. *See U.S. Bank National Association, in its capacity as Trustee, et al. v. The Charitable Donor Advised Fund, L.P., et al.*, No. 1:21-cv-11059 (S.D.N.Y.) (the "Action"). A copy of the Complaint and the exhibits thereto is enclosed.

In the Action, Plaintiffs seek declarations that the claims that Defendants have repeatedly threatened, and continue to threaten, to bring against Plaintiffs and Brigade Capital Management, L.P. (the "Threatened Claims") concerning the management of ACIS CLO 2014-4 Ltd., ACIS CLO 2014-5 Ltd., and ACIS CLO 2015-6 Ltd. (the "ACIS CLOs") are barred because (1) Defendants lack direct or derivative standing to assert the Threatened Claims; and (2) the Threatened Claims were released by the holder of those claims, Highland CLO Funding, Ltd. ("HCLOF"), pursuant to a settlement agreement between HCLOF and ACM.

To avoid further unnecessary litigation expense, Plaintiffs request that Defendants execute a release fully and finally resolving the Threatened Claims. If Defendants are willing to do so,

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH

Plaintiffs are prepared to negotiate a form of release.   Please confirm by Monday, January 10, 2022 whether Defendants are willing to release the Threatened Claims.

If Defendants are not willing to release the Threatened Claims, please confirm by Monday, January 10, 2022 whether Defendants will accept service of the Complaint.   If forced to proceed with the Action, Plaintiffs intend to seek all available remedies.

Plaintiffs reserve all rights.

Respectfully submitted,

*/s/ Jonathan E. Pickhardt*
Jonathan E. Pickhardt
Quinn Emanuel Urquhart & Sullivan, LLP
*Counsel for Acis Capital Management, L.P. & Joshua N. Terry*
Tel: (212) 849-7115
Email: jonathanpickhardt@quinnemanuel.com


*/s/ Mark D. Kotwick*
Mark D. Kotwick
Seward & Kissel LLP
*Counsel for U.S. Bank National Association*
Tel: (212) 574-1545
Email: kotwick@sewkis.com