UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK, NATIONAL ASSOCIATION, in its capacity as Trustee, JOSHUA N. TERRY and ACIS CAPITAL MANAGEMENT, L.P.,

          Plaintiffs,

-against-

THE CHARITABLE DONOR ADVISED FUND, L.P., CLO HOLDCO LTD. and NEXPOINT STRATEGIC OPPORTUNITIES FUND,

          Defendants.

Case No. 1:21-cv-11059 (GHW)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mark D. Kotwick of the law firm of Seward & Kissel LLP, an attorney admitted to practice before this Court, hereby appears as an attorney of record for Plaintiff U.S. Bank National Association, in its capacity as Trustee, in the above-captioned proceeding and requests that all subsequent papers be served upon him at the address below.

Dated: New York, New York
      March 2, 2022

                             SEWARD & KISSEL LLP

                             By: /s/ Mark D. Kotwick
                                 Mark D. Kotwick
                                 One Battery Park Plaza
                                 New York, New York 10004
                                 Tel.: (212) 574-1200
                                 Fax: (212) 480-8421
                                 kotwick@sewkis.com

SK 03687 1471 9398511