UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK, NATIONAL ASSOCIATION, in its capacity as Trustee, JOSHUA N. TERRY and ACIS CAPITAL MANAGEMENT, L.P.,

           Plaintiffs,

-against-

THE CHARITABLE DONOR ADVISED FUND, L.P., CLO HOLDCO LTD. and NEXPOINT STRATEGIC OPPORTUNITIES FUND,

           Defendants

Case No. 1:21-cv-11059 (GHW)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Thomas Ross Hooper of the law firm of Seward & Kissel LLP, an attorney admitted to practice before this Court, hereby appears as an attorney of record for Plaintiff U.S. Bank National Association, in its capacity as Trustee, in the above-captioned proceeding and requests that all subsequent papers be served upon him at the address below.

Dated: New York, New York
    March 2, 2022

           SEWARD & KISSEL LLP

           By: /s/ Thomas Ross Hooper
             Thomas Ross Hooper
             One Battery Park Plaza
             New York, New York 10004
             Tel.: (212) 574-1200
             Fax: (212) 480-8421
             hooper@sewkis.com