UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK, NATIONAL ASSOCIATION, in its capacity as Trustee, JOSHUA N. TERRY and ACIS CAPITAL MANAGEMENT, L.P.,

         Plaintiffs,

-against-

THE CHARITABLE DONOR ADVISED FUND, L.P., CLO HOLDCO LTD. and NEXPOINT STRATEGIC OPPORTUNTIES FUND,

         Defendants.

Case No. 1:21-cv-11059 (GHW)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Julie J. Hong of the law firm of Seward & Kissel LLP, an attorney admitted to practice before this Court, hereby appears as an attorney of record for Plaintiff U.S. Bank National Association, in its capacity as Trustee, in the above-captioned proceeding and requests that all subsequent papers be served upon her at the address below.

Dated: New York, New York
   March 2, 2022

         SEWARD & KISSEL LLP

         By: /s/ Julie J. Hong
           Julie J. Hong
           One Battery Park Plaza
           New York, New York 10004
           Tel.: (212) 574-1200
           Fax: (212) 480-8421
           hong@sewkis.com