UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                      :

U.S. BANK, NATIONAL ASSOCIATION, in its    :    **Case No. 1:21-CV-11059 (GHW)**
capacity as Trustee, JOSHUA N. TERRY and ACIS :
CAPITAL MANAGEMENT, L.P.,                           :
                                                                                      :
                        Plaintiffs,                                :    **<u>NOTICE OF APPERANCE</u>**
                                                                                      :
   -against-                                                                       :
                                                                                      :
THE CHARITABLE DONOR ADVISED FUND, L.P., :
CLO HOLDCO LTD. AND NEXPOINT STRATEGIC  :
OPPORTUNITIES FUND,                                        :
                                                                                      :
                          Defendants.                  :
                                                                                      :
------------------------------------------------------------------- X

        **PLEASE TAKE NOTICE** that Lindsey R. Skibell, a partner of the law firm of Glenn Agre Bergman & Fuentes LLP, hereby appears as counsel for Defendants, The Charitable Donor Advised Fund, L.P., and CLO Holdco, Ltd., in the above-captioned action.

Dated: March 13, 2022                  GLENN AGRE BERGMAN &
       New York, New York            FUENTES LLP

                                             By:    */s/ Lindsey R. Skibell*
                                                            Lindsey R. Skibell
                                                           55 Hudson Yards
                                                           20th Floor
                                                           New York, New York 10001
                                                           rskibell@glennagre.com
                                                           (212) 358-5600