UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
U.S. BANK, NATIONAL ASSOCIATION, in its : **Case No. 1:21-CV-11059 (GHW)**
capacity as Trustee, JOSHUA N. TERRY and ACIS :
CAPITAL MANAGEMENT, L.P., :
:
                Plaintiffs, : **NOTICE OF APPERANCE**
:
   -against- :
:
THE CHARITABLE DONOR ADVISED FUND, L.P., :
CLO HOLDCO LTD. AND NEXPOINT STRATEGIC :
OPPORTUNITIES FUND, :
:
                Defendants. :
:
-------------------------------------------------------------------- X

       **PLEASE TAKE NOTICE** that Jewel K. Tewiah, an associate with the law firm of Glenn Agre Bergman & Fuentes LLP, hereby appears as counsel for Defendants, The Charitable Donor Advised Fund, L.P., and CLO Holdco, Ltd., in the above-captioned action.

| | |
|---|---|
| Dated: March 13, 2022<br>    New York, New York | GLENN AGRE BERGMAN &<br>FUENTES LLP<br><br>By:  */s/ Jewel K. Tewiah*<br>       Jewel K. Tewiah<br>       55 Hudson Yards<br>       20th Floor<br>       New York, New York 10001<br>       jtewiah@glennagre.com<br>       (212) 358-5600 |