UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, in its capacity as Trustee, JOSHUA N. TERRY, AND ACIS CAPITAL MANAGEMENT, L.P., <br><br>                         Plaintiffs, <br><br>   -against- <br><br> THE CHARITABLE DONOR ADVISED FUND, L.P., CLO HOLDCO LTD., AND NEXPOINT STRATEGIC OPPORTUNITIES FUND, L.P., <br><br>                        Defendants. | **Case No. 1:21-cv-11059 (GHW)** <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Mazin A. Sbaiti, of the law firm of Sbaiti & Company, PLLC hereby appears as counsel for Defendant NexPoint Strategic Opportunities Fund, L.P. in the above-captioned proceeding and requests that all subsequent papers be served upon him at the address below.

Dated: March 17, 2022

Respectfully submitted,

**SBAITI & COMPANY PLLC**

By:*/s/ Mazin A. Sbaiti*
    Mazin A. Sbaiti
    New York Bar No. 4339057
    mas@sbaitilaw.com
    Griffin S. Rubin
    Texas Bar No. 24121809
    gsr@sbaitilaw.com
    J.P. Morgan Chase Tower
    2200 Ross Avenue, Suite 4900W
    Dallas, TX 75201
    T: 214.432.2899
    F: 214.853.4367

**COUNSEL FOR NEXPOINT STRATEGIC OPPORTUNITIES FUND, L.P.**