UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, in its capacity as Trustee, JOSHUA N. TERRY, AND ACIS CAPITAL MANAGEMENT, L.P., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE CHARITABLE DONOR ADVISED FUND, L.P., CLO HOLDCO LTD., AND NEXPOINT STRATEGIC OPPORTUNITIES FUND, <br><br> *Defendants*. | No. 1:21-cv-11059-GHW |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Blair A. Adams of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, 22nd Floor, New York, New York 10010, hereby appears on behalf of Plaintiffs Joshua N. Terry and Acis Capital Management, L.P. in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       March 22, 2022

/s/ Blair Adams
Blair A. Adams
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7615
Facsimile:  (212) 849-7100
Email: blairadams@quinnemanuel.com

*Attorney for Plaintiffs Joshua N. Terry and Acis Capital Management, L.P.*