UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, in its capacity as Trustee, JOSHUA N. TERRY, AND ACIS CAPITAL MANAGEMENT, L.P.,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE CHARITABLE DONOR ADVISED FUND, L.P., CLO HOLDCO LTD., AND NEXPOINT STRATEGIC OPPORTUNITIES FUND,<br><br>*Defendants*. | No. 1:21-cv-11059-GHW |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Misha Boutilier of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, 22nd Floor, New York, New York 10010, hereby appears on behalf of Plaintiffs Joshua N. Terry and Acis Capital Management, L.P. in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
        March 22, 2022

                                                */s/ Misha Boutilier*
                                                Misha Boutilier
                                                QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                                51 Madison Avenue, 22nd Floor
                                                New York, NY 10010
                                                Telephone: (212) 849-7559
                                                Facsimile:  (212) 849-7100
                                                Email: mishaboutilier@quinnemanuel.com

                                                *Attorney for Plaintiffs Joshua N. Terry and Acis Capital Management, L.P.*