**MEMORANDUM ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2022

March 21, 2022

<u>**Via E-File**</u>

Honorable Gregory H. Woods
U.S. District Judge
Southern District of New York
500 Pearl Street, Room 2260
New York, NY  10007

      Re:    *U.S. Bank National Association, et al. v. The Charitable Donor Advised Fund, et al.*, Cause No. 1:21-cv-11059-GHW, In the United States District Court, Southern District of New York

Dear Judge Woods:

      On March 4, 2022, I accepted service of Plaintiffs' Amended Complaint in this action on behalf of Defendant NexPoint Diversified Real Estate Trust (f/k/a NexPoint Strategic Opportunities Fund) ("<u>NexPoint</u>"). On March 7, 2022, counsel for Plaintiffs and I agreed that NexPoint will respond to the amended complaint no later than April 14, 2022.

      This letter serves to inform the Court of this agreement among the parties and to request that the Court give NexPoint up to and including April 14, 2022, to file an answer or otherwise respond to the amended complaint.

                        Yours very truly,

                        */s/ Mazin A. Sbaiti*
                        Mazin A. Sbaiti

---

The parties' request is granted.  NexPoint's deadline to answer or otherwise respond to the amended complaint is extended to April 14, 2022.

SO ORDERED.

Dated:  March 22, 2022
New York, New York

                        _____
                        GREGORY H. WOODS
                        United States District Judge

J.P. Morgan Chase Tower | 2200 Ross Avenue | Suite 4900W | Dallas, Texas 75201
T: (214) 432-2899 | F: (214) 853-4367 | www.SbaitiLaw.com