USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X
 :
U.S. BANK, NATIONAL ASSOCIATION, in its :
capacity as Trustee, JOSHUA N. TERRY, AND ACIS :
CAPITAL MANAGEMENT, L.P., :     1:21-cv-11059-GHW
 :
                    Plaintiffs, :     <u>ORDER</u>
 :
             -against- :
 :
THE CHARITABLE DONOR ADVISED FUND, :
L.P., AND CLO HOLDCO LTD., :
 :
                    Defendants. :
 :
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      Defendants' March 14, 2022 request for leave to file a motion to dismiss Plaintiffs' complaint, Dkt. No. 23, is granted. The deadline for plaintiff to file and serve its motion to dismiss is April 18, 2022. Defendant's opposition is due within twenty-eight days after service of Plaintiffs' motion; Plaintiffs' reply, if any, is due within fourteen days after service of Defendant's opposition.

      SO ORDERED.

Dated: April 4, 2022
New York, New York
                                                              GREGORY H. WOODS
                                                       United States District Judge