USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X
                                                                              :

U.S. BANK, NATIONAL ASSOCIATION, in its     :
capacity as Trustee, JOSHUA N. TERRY, AND ACIS  :
CAPITAL MANAGEMENT, L.P.,                      :           1:21-cv-11059-GHW
                                                                             :
                                       Plaintiffs,             :                ORDER
                                                                             :
                                     -against-                :
                                                                             :

THE CHARITABLE DONOR ADVISED FUND,     :
L.P., AND CLO HOLDCO LTD.,                           :
                                                                             :
                                     Defendants.        :
                                                                             :
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      In light of the stay of discovery entered on April 14, 2022, Dkt. No. 39, the initial pre-trial conference scheduled for April 27, 2022, is adjourned pending the resolution of Defendants' anticipated motions to dismiss.

      SO ORDERED.

Dated: April 18, 2022
New York, New York

                                                          GREGORY H. WOODS
                                                      United States District Judge