IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, in its capacity as Trustee, JOSHUA N. TERRY, AND ACIS CAPITAL MANAGEMENT, L.P.,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE CHARITABLE DONOR ADVISED FUND, L.P., CLO HOLDCO LTD., AND NEXPOINT STRATEGIC OPPORTUNITIES FUND,<br><br>*Defendants*. | No. 1:21-cv-11059 (GHW-JLC)<br><br>**Notice of Motion to Dismiss** |

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law and the supporting declaration of Mark Patrick with exhibits annexed thereto, defendants, The Charitable Donor Advised Fund, L.P., and CLO Holdco, Ltd., hereby moves this Court before the Honorable Gregory H. Woods, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order, pursuant to Federal Rules of Civil Procedure 12(b) (1), (6) and 17 (a), dismissing the Amended Complaint in its entirety as to these defendants, and granting such other and further relief as the Court deems just and proper.

Dated: April 18, 2022

Respectfully submitted,

*/s/ Lindsey R. Skibell*
Lindsey R. Skibell
E-mail: rskibell@glennagre.com
Jewel K. Tewiah
E-mail: jtewiah@glennagre.com
GLENN AGRE BERGMAN & FUENTES LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: 212.358.5600


Sawnie A. McEntire
*Admitted Pro Hac Vice*
Texas Bar No.: 13590100
Fed ID #3476
PARSONS MCENTIRE MCCLEARY PLLC
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Telephone: (214) 237-4300
Fax: (214) 237-4340
E-mail: smcentire@pmmlaw.com

Roger L. McCleary
*Admitted Pro Hac Vice*Texas Bar No.:
133937000
Fed. ID #205
PARSONS MCENTIRE MCCLEARY PLLC
One Riverway, Suite 1800
Houston, Texas 77056
Telephone: (713) 960-7315
Fax: (713) 960-7347
E-mail: rmccleary@pmmlaw.com


**Counsel for Defendants**
**Charitable DAF Fund, LP a/k/a**
**The Charitable Donor Advised Fund,**
**L.P., and CLO Holdco, Ltd.**

---