# EXHIBIT A



# ACIS CLO 2014-4, Ltd.

Redemption Report

As of June 23, 2021



EXHIBIT
A



Global Corporate Trust
www.usbank.com/cdo



# ACIS CLO 2014-4, Ltd.

## Table of Contents

As of Date: 06/23/2021
Payment Date: 06/24/2021

| Report Name | Page | Report Name | Page |
|---|---|---|---|
| Distribution Summary | 3 | Current Asset Characteristics - Part I | 8 |
| Distribution Detail | 4 | Equity Securities | 9 |
| Proceeds Account Summary | 7 | Disclaimer | 10 |



# ACIS CLO 2014-4, Ltd.

## Distribution Summary

As of Date: 06/23/2021
Payment Date: 06/24/2021

Current Libor:   0.175630%

| Note CUSIP | Original Face Value Per $1000 | Opening Balance % of Orig Bal Per $1000 | Principal Payment Per $1000 | Principal Adj. or Loss Per $1000 | Closing Balance % of Orig Bal Per $1000 | Accrued Interest Due Per $1000 | Repayment of Deferred Interest Per $1000 | Total Interest Payment Per $1000 | Interest Rate Curr/Next |
|---|---|---|---|---|---|---|---|---|---|
| Class X 00100VAA8 / USG00749AA22 / G00749AA2 | 4,000,000.00 | - - % | - - | - - | - - % | - - | - - | - - | 1.1756300000% |
| Class A 00100VAC4 / USG00749AB05 / G00749AB0 | 296,000,000.00 | - - % | - - | - - | - - % | - - | - - | - - | 1.5956300000% |
| Class B 00100VAE0 / USG00749AC87 / G00749AC8 | 68,000,000.00 | 9,062,656.77 133.274364277 13.33% | 9,062,656.77 133.274364277 | - - | - - % | 25,469.28 0.374548235 | - - | 25,469.28 0.374548235 | 1.9456300000% |
| Class C 00100VAG5 / USG00749AD60 / G00749AD6 | 33,000,000.00 | 33,000,000.00 1000.000000000 100.00% | 33,000,000.00 1000.000000000 | - - | - - % | 129,921.70 3.937021212 | - - | 129,921.70 3.937021212 | 2.7256300000% |
| Class D 00100VAJ9 / USG00749AE44 / G00749AE4 | 28,500,000.00 | 28,500,000.00 1000.000000000 100.00% | 28,500,000.00 1000.000000000 | - - | - - % | 134,846.77 4.731465614 | - - | 134,846.77 4.731465614 | 3.2756300000% |
| Class E 00100HAA9 / USG00747AA65 / G00747AA6 | 20,500,000.00 | 20,500,000.00 1000.000000000 100.00% | 20,500,000.00 1000.000000000 | - - | - - % | 147,333.93 7.187020976 | - - | 147,333.93 7.187020976 | 4.9756300000% |
| Class F 00100HAC5 / USG00747AB49 / G00747AB4 | 4,000,000.00 | 4,000,000.00 1000.000000000 100.00% | 4,000,000.00 1000.000000000 | - - | - - | 30,770.31 7.692577500 | - - | 30,770.31 7.692577500 | 5.3256300000% |
| Sub Notes 00100HAE1 / USG00747AC22 / G00747AC2 | 50,750,000.00 | 50,750,000.00 1000.000000000 100.00% | - - | - - | 50,750,000.00 1000.000000000 100.00% | - - | - - | - - | - % |
| COMBO Notes 00100VAL4 / USG00749AF19 / G00749AF1 | 2,000,000.00 | 49,794.24 24.897120000 2.49% | 49,794.24 24.897120000 | - - | - - % | 139.94 0.069970000 | - - | 139.94 0.069970000 | 1.9456300000% |
| **Totals:** | **506,750,000.00** | **145,862,451.01** | **95,112,451.01** | **0.00** | **50,750,000.00** | **468,481.93** | **0.00** | **468,481.93** | |



# ACIS CLO 2014-4 Ltd.
## Distribution Detail
As of Date: 06/23/2021
Payment Date: 06/24/2021

| Priority | Payable to: | Amount | Priority | Payable to: | Amount |
|---|---|---|---|---|---|
| | **Available Interest Proceeds:** | 517,263.75 | | **Available Redemption Monies:** | 95,242,833.01 |
| (A) | Taxes, governmental fees and registered office fees owing by the Issuer or Co-Issuer: | - | (A)(A) | Taxes, governmental fees and registered office fees owing by the Issuer or Co-Issuer: | - |
| (B) | Accrued and Unpaid Administrative Expenses up to the Administrative Expense Cap: | - | (A)(B) | Accrued and Unpaid Administrative Expenses up to the Administrative Expense Cap: | - |
| (B)(1)(i) | Fees, indemnities and expenses payable to the Trustee (pro rata): | 3,165.69 | (A)(B)(1)(i) | Fees, indemnities and expenses payable to the Trustee (pro rata): | - |
| (B)(1)(ii) | Fees, indemnities and expenses payable to the Bank (pro rata): | - | (A)(B)(1)(ii) | Fees, indemnities and expenses payable to the Bank (pro rata): | - |
| (B)(1)(iii) | Fees, indemnities and expenses payable to the Collateral Administrator (pro rata): | - | (A)(B)(1)(iii) | Fees, indemnities and expenses payable to the Collateral Administrator (pro rata): | - |
| (B)(2)(i) | Fees and expenses payable to the Independent accountants, agents and counsel of the Issuer and any ETB Subsidiary (pro rata): | - | (A)(B)(2)(i) | Fees and expenses payable to the Independent accountants, agents and counsel of the Issuer and any ETB Subsidiary (pro rata): | - |
| (B)(2)(ii) | Fees and expenses payable to the Rating Agencies (pro rata): | - | (A)(B)(2)(ii) | Fees and expenses payable to the Rating Agencies (pro rata): | - |
| (B)(2)(iii) | Fees and expenses payable to any Person in respect of Petition Expenses (pro rata): | - | (A)(B)(2)(iii) | Fees and expenses payable to any Person in respect of Petition Expenses (pro rata): | - |
| (B)(2)(iv) | Fees and expenses payable to the Portfolio Manager (pro rata): | - | (A)(B)(2)(iv) | Fees and expenses payable to the Portfolio Manager (pro rata): | - |
| (B)(2)(v) | Fees and expenses payable to the Administrator (pro rata): | - | (A)(B)(2)(v) | Fees and expenses payable to the Administrator (pro rata): | - |
| (B)(2)(vi) | Fees and expenses permitted to any other Person (pro rata): | 65,406.67 | (A)(B)(2)(vi) | Fees and expenses permitted to any other Person (pro rata): | - |
| (C) | Senior Management Fee: | 30,445.49 | (A)(C) | Senior Management Fee: | - |
| (D) | Amounts due to any Hedge Counterparty, excluding amounts due from termination (or partial termination): | - | (A)(D) | Amounts due to any Hedge Counterparty, excluding amounts due from termination (or partial termination): | - |
| (E)(1) | Accrued and unpaid interest on the Class X Notes (pro rata): | - | (A)(E)(1) | Accrued and unpaid interest on the Class X Notes (pro rata): | - |
| (E)(2) | Class X Note Payment Amount (pro rata): | - | (A)(E)(2) | Class X Note Payment Amount (pro rata): | - |
| (E)(3) | Accrued and unpaid interest on the Class A Notes (pro rata): | - | (A)(E)(3) | Accrued and unpaid interest on the Class A Notes (pro rata): | - |
| (F) | Accrued and unpaid interest on the Class B Notes: | 25,469.28 | (A)(F) | Accrued and unpaid interest on the Class B Notes: | - |
| (G) | Amounts due to any Hedge Counterparty pursuant to an early termination (or partial termination): | - | (A)(G) | Amounts due to any Hedge Counterparty pursuant to an early termination (or partial termination): | - |
| (H) | If either of the Class A/B Coverage Tests is not satisfied: | - | (A)(H) | If either of the Class A/B Coverage Tests is not satisfied: | - |
| (H)(i) | to the payment of principal of the Class X Notes (pro rata): | - | (A)(H)(i) | to the payment of principal of the Class X Notes (pro rata): | - |
| (H)(ii) | to the payment of principal of the Class A Notes (pro rata): | - | (A)(H)(ii) | to the payment of principal of the Class A Notes (pro rata): | - |
| (H)(iii) | to the payment of principal of the Class B Notes: | - | (A)(H)(iii) | to the payment of principal of the Class B Notes: | - |
| (I) | Accrued and unpaid interest on the Class C Notes: | 129,921.70 | (B)(I) | Accrued and unpaid interest on the Class C Notes: | - |
| (J) | Class C Deferred Interest | - | (B)(J) | Class C Deferred Interest | - |
| (K) | If either of the Class C Coverage Tests is not satisfied: | - | (B)(K) | If either of the Class C Coverage Tests is not satisfied: | - |
| (K)(i) | to the payment of principal of the Class X Notes (pro rata): | - | (B)(K)(i) | to the payment of principal of the Class X Notes (pro rata): | - |
| (K)(ii) | to the payment of principal of the Class A Notes (pro rata): | - | (B)(K)(ii) | to the payment of principal of the Class A Notes (pro rata): | - |
| (K)(iii) | to the payment of principal of the Class B Notes: | - | (B)(K)(iii) | to the payment of principal of the Class B Notes: | - |
| (K)(iv) | to the payment of principal of the Class C Notes: | - | (B)(K)(iv) | to the payment of principal of the Class C Notes: | - |

*The available Principal Proceeds excludes amounts held in reserve



# ACIS CLO 2014-4, Ltd.

## Distribution Detail

As of Date: 06/23/2021
Payment Date: 06/24/2021



| | | | | | | |
|---|---|---|---|---|---|---|
| (L) | Accrued and unpaid interest on the Class D Notes: | 134,846.77 | (B)(L) | Accrued and unpaid interest on the Class D Notes: | – |
| (M) | Class D Deferred Interest | – | (B)(M) | Class D Deferred Interest | – |
| (N) | If either of the Class D Coverage Tests is not satisfied: | – | (B)(N) | If either of the Class D Coverage Tests is not satisfied: | – |
| (N)(i) | to the payment of principal of the Class X Notes (pro rata): | – | (B)(N)(i) | to the payment of principal of the Class X Notes (pro rata): | – |
| (N)(ii) | to the payment of principal of the Class A Notes (pro rata): | – | (B)(N)(ii) | to the payment of principal of the Class A Notes (pro rata): | – |
| (N)(iii) | to the payment of principal of the Class B Notes: | – | (B)(N)(iii) | to the payment of principal of the Class B Notes: | – |
| (N)(iv) | to the payment of principal of the Class C Notes: | – | (B)(N)(iv) | to the payment of principal of the Class C Notes: | – |
| (N)(v) | to the payment of principal of the Class D Notes: | – | (B)(N)(v) | to the payment of principal of the Class D Notes: | – |
| (O) | Accrued and unpaid interest on the Class E Notes: | 128,008.15 | (B)(O) | Accrued and unpaid interest on the Class E Notes: | – |
| (P) | Class E Deferred Interest | – | (B)(P) | Class E Deferred Interest | – |
| (Q) | If either of the Class E Coverage Tests is not satisfied: | – | (B)(Q) | If either of the Class E Coverage Tests is not satisfied: | – |
| (Q)(i) | to the payment of principal of the Class X Notes (pro rata): | – | (B)(Q)(i) | to the payment of principal of the Class X Notes (pro rata): | – |
| (Q)(ii) | to the payment of principal of the Class A Notes (pro rata): | – | (B)(Q)(ii) | to the payment of principal of the Class A Notes (pro rata): | – |
| (Q)(iii) | to the payment of principal of the Class B Notes: | – | (B)(Q)(iii) | to the payment of principal of the Class B Notes: | – |
| (Q)(iv) | to the payment of principal of the Class C Notes: | – | (B)(Q)(iv) | to the payment of principal of the Class C Notes: | – |
| (Q)(v) | to the payment of principal of the Class D Notes: | – | (B)(Q)(v) | to the payment of principal of the Class D Notes: | – |
| (Q)(vi) | to the payment of principal of the Class E Notes: | – | (B)(Q)(vi) | to the payment of principal of the Class E Notes: | – |
| (R) | Accrued and unpaid interest on the Class F Notes: | – | (B)(R) | Accrued and unpaid interest on the Class F Notes: | – |
| (S) | Class F Deferred Interest | – | (B)(S) | Class F Deferred Interest | – |
| (T) | If Effective Date Ratings Confirmation has not been obtained: | – | (C) | On a Special Redemption Date, payments in accordance with the Note Payment Sequence: | – |
| (T)(x)(i) | to the payment of principal of the Class X Notes (pro rata): | – | (C)(i) | to the payment of principal of the Class X Notes (pro rata): | – |
| (T)(x)(ii) | to the payment of principal of the Class A Notes (pro rata): | – | (C)(ii) | to the payment of principal of the Class A Notes (pro rata): | – |
| (T)(x)(iii) | to the payment of principal of the Class B Notes: | – | (C)(iii) | to the payment of principal of the Class B Notes: | – |
| (T)(x)(iv) | to the payment of principal of the Class C Notes: | – | (C)(iv) | to the payment of principal of the Class C Notes: | – |
| (T)(x)(v) | to the payment of principal of the Class D Notes: | – | (C)(v) | to the payment of principal of the Class D Notes: | – |
| (T)(x)(vi) | to the payment of principal of the Class E Notes: | – | (C)(vi) | to the payment of principal of the Class E Notes: | – |
| (T)(x)(vii) | to the payment of principal of the Class F Notes: | – | (C)(vii) | to the payment of principal of the Class F Notes: | – |
| (T)(y) | to purchase Collateral Obligations: | – | (D)(1) | On a Redemption Date, payments in accordance with the Note Payment Sequence: | – |
| (U) | During the Reinvestment Period, if the Interest Reinvestment Test is not satisfied, the lesser of: | – | (D)(1)(i) | the Redemption Price of the Class X Notes (pro rata): | – |
| (U)(i) | 50% of the remaining Interest Proceeds: | – | (D)(1)(ii) | the Redemption Price of the Class A Notes (pro rata): | – |
| (U)(ii) | amount that would satisfy test to the Collection Acct. as Prin Proceeds to purchase add'l Collateral: | – | (D)(1)(iii) | the Redemption Price of the Class B Notes: | 9,062,656.77 |
| (V) | At PM discretion, with consent of a Majority of the Subordinated Notes, to the payment of principal of the Class X Notes: | – | (D)(1)(iv) | the Redemption Price of the Class C Notes: | 33,000,000.00 |
| (W)(1) | Accrued and unpaid Subordinated Management Fee: | – | (D)(1)(v) | the Redemption Price of the Class D Notes: | 28,500,000.00 |
| (W)(2) | Unpaid Administrative Expenses from clause (B): | – | (D)(1)(vi) | the Redemption Price of the Class E Notes: | 20,519,325.78 |

*The available Principal Proceeds excludes amounts held in reserve

# ACIS CLO 2014-4, Ltd.

### Distribution Detail

As of Date: 06/23/2021
Payment Date: 06/24/2021



| | | | | | |
|---|---|---|---|---|---|
| (W)(2)(1)(i) | Fees, indemnities and expenses payable to the Trustee (pro rata): | - | (D)(1)(vii) | the Redemption Price of the Class F Notes: | 4,030,770.31 |
| (W)(2)(1)(ii) | Fees, indemnities and expenses payable to the Bank (pro rata): | - | (D)(2) | On a Redemption Date, payments under clauses (W) and (X) of Section 11.1(a)(i): | 130,080.15 |
| (W)(2)(1)(iii) | Fees, indemnities and expenses payable to the Collateral Administrator (pro rata): | - | (E) | During the Reinvestment Period, to invest in Eligible Investments and/or add'l Collateral Obligations: | - |
| (W)(2)(2)(i) | Fees and expenses payable to the Independent accountants, agents and counsel of the Issuer and any ETB Subsidiary (pro rata): | - | (F) | After the Reinvestment Period, payments in accordance with the Note Payment Sequence: | - |
| (W)(2)(2)(ii) | Fees and expenses payable to the Rating Agencies (pro rata): | - | (F)(i) | the Redemption Price of the Class X Notes (pro rata): | - |
| (W)(2)(2)(iii) | Fees and expenses payable to any Person in respect of Petition Expenses (pro rata): | - | (F)(ii) | the Redemption Price of the Class A Notes (pro rata): | - |
| (W)(2)(2)(iv) | Fees and expenses payable to the Portfolio Manager (pro rata): | - | (F)(iii) | the Redemption Price of the Class B Notes: | - |
| (W)(2)(2)(v) | Fees and expenses payable to the Administrator (pro rata): | - | (F)(iv) | the Redemption Price of the Class C Notes: | - |
| (W)(2)(2)(vi) | Fees and expenses permitted to any other Person (pro rata): | - | (F)(v) | the Redemption Price of the Class D Notes: | - |
| (W)(3) | to the payment of any expenses incurred in connection with a Refinancing: | | (F)(vi) | the Redemption Price of the Class E Notes: | - |
| (X) | Unpaid amounts due to any Hedge Counterparty pursuant to an early termination (or partial termination) from Clause (G) : | - | (F)(vii) | the Redemption Price of the Class F Notes: | - |
| (Y)(1) | Unless Effective Date Conditions has been satisfied, all Interest Proceeds to the Interest Collection Subaccount for next payment date: | - | (G)(1) | Accrued and unpaid Subordinated Management Fee: | - |
| | | | (G)(2) | Unpaid Administrative Expenses: | - |
| (Y)(2) | To the Holders of the Subordinated Notes in an amount necessary to satisfy a 10% IRR : | - | (G)(2)(1)(i) | Fees, indemnities and expenses payable to the Trustee (pro rata): | - |
| | | | (G)(2)(1)(ii) | Fees, indemnities and expenses payable to the Bank (pro rata): | - |
| (Z)(i) | 15% of any remaining Interest Proceeds to the PM as part of the Incentive Management Fee: | - | (G)(2)(1)(iii) | Fees, indemnities and expenses payable to the Collateral Administrator (pro rata): | - |
| (Z)(ii) | 85% of any remaining Interest Proceeds to the Holders of the Subordinated Notes: | - | (G)(2)(2)(i) | Fees and expenses payable to the Independent accountants, agents and counsel of the Issuer and any ETB Subsidiary (pro rata): | - |
| | | | (G)(2)(2)(ii) | Fees and expenses payable to the Rating Agencies (pro rata): | - |
| | | | (G)(2)(2)(iii) | Fees and expenses payable to any Person in respect of Petition Expenses (pro rata): | - |
| | | | (G)(2)(2)(iv) | Fees and expenses payable to the Portfolio Manager (pro rata): | - |
| | | | (G)(2)(2)(v) | Fees and expenses payable to the Administrator (pro rata): | - |
| | | | (G)(2)(2)(vi) | Fees and expenses permitted to any other Person (pro rata): | - |
| | | | (H) | Unpaid amounts due to any Hedge Counterparty pursuant to an early termination (or partial termination) : | - |
| | | | (I) | To the Holders of the Subordinated Notes in an amount necessary to satisfy a 10% IRR : | - |
| | | | (J)(i) | 15% of any remaining Interest Proceeds to the PM as part of the Incentive Management Fee: | - |
| | | | (J)(ii) | 85% of any remaining Interest Proceeds to the Holders of the Subordinated Notes: | - |
| | **Total:** | 517,263.75 | | **Total:** | 95,242,833.01 |
| | Balance in the Interest Account after the Payment Date | 0.00 | | Balance in the Principal Account after the Payment Date | 0.00 |

*The available Principal Proceeds excludes amounts held in reserve



# ACIS CLO 2014-4, Ltd.
## Proceeds Account Summary
As of Date: 06/23/2021
Payment Date: 06/24/2021

## Accounts Summary

| Account | Beginning Balance | Deposits | Withdrawals | Ending Balance |
|---|---|---|---|---|
| Collection Account - Interest | 351,171.66 | 180,012.67 | 13,920.58 | 517,263.75 |
| Collection Account - Principal | 7,631,156.34 | 92,417,289.12 | 4,660.10 | 100,043,785.36 |
| Custodial Account | 0.00 | 0.00 | 0.00 | 0.00 |
| Expense Reserve Account | 0.00 | 0.00 | 0.00 | 0.00 |
| Hedge Account | 0.00 | 0.00 | 0.00 | 0.00 |
| Interest Reserve Account | 0.00 | 0.00 | 0.00 | 0.00 |
| Letter of Credit Reserve Account | 0.00 | 0.00 | 0.00 | 0.00 |
| Payment Account | 0.00 | 0.00 | 0.00 | 0.00 |
| Ramp-Up Account | 0.00 | 0.00 | 0.00 | 0.00 |
| Revolver Funding Account | 0.00 | 0.00 | 0.00 | 0.00 |
| **Totals:** | **7,982,328.00** | **92,597,301.79** | **18,580.68** | **100,561,049.11** |

## Asset Summary

| | |
|---|---|
| Balance of Collection Account: | 100,561,049.12 |
| Balance of Custodial Account: | 0.00 |
| Balance of Expense Reserve Account: | 0.00 |
| Balance of Hedge Account: | 0.00 |
| Balance of Interest Reserve Account: | 0.00 |
| Balance of Letter of Credit Reserve Account: | 0.00 |
| Balance of Payment Account: | 0.00 |
| Balance of Ramp-Up Account: | 0.00 |
| Balance of Revolver Funding Account: | 0.00 |
| **Total:** | **100,561,049.12** |

Account Summary:  Based on Settlement Date
Asset Summary:  Based on Trade Date





# ACIS CLO 2014-4, Ltd.

## Current Asset Characteristics - Part I

As of Date: 06/23/2021
Payment Date: 06/24/2021

| Security I.D. | Security Description | Issuer / Obligor | Stated Maturity | Current Coupon | Funded Balance | Unfunded Balance | Total Commitment | % of Collateral Principal Amount |
|---|---|---|---|---|---|---|---|---|
| LX158094 | Sinclair Television T/L B2 | Sinclair Television Group, Inc. | 03-Jan-24 | 2.35000% | 697,451.37 | - | 697,451.37 | 0.65% |
| LX171276 | Syniverse Holdings T/L (01/18) | Syniverse Holdings, Inc. | 09-Mar-23 | 6.00000% | 6,457,781.83 | - | 6,457,781.83 | 6.02% |
| **Totals:** | **2** | | | | **7,155,233.20** | **-** | **7,155,233.20** | |





# ACIS CLO 2014-4, Ltd.

## Equity Securities

As of Date: 06/23/2021
Payment Date: 06/24/2021

| CUSIP | Security Description | Asset Description | # of Units/Shares |
|---|---|---|---|
| 8AMCSCZX4 | Sabine Oil & Gas C/S | Equity | 10 |
| 8AMCSF0Z0 | Wayne Services Legacy - C/S | Equity | 617 |

| | | | |
|---|---|---|---|
| **Totals:** | **2** | | |





**ACIS CLO 2014-4, Ltd.**

**Disclaimer**

As of Date: 06/23/2021
Payment Date: 06/24/2021

The information contained in this report is for general information only and has been obtained primarily from third party providers. The information is believed to be reliable, but is not guaranteed as to accuracy or completeness. U.S. Bank is not responsible for and does not guarantee the products, services or performance of its affiliates or third party providers. This information is not intended to serve as a recommendation or solicitation for the purchase or sale of any particular product or service. It is not intended to be a forecast of future events or guarantee of future results and should not be used as a primary basis of investment decisions.