# EXHIBIT B



# ACIS CLO 2014-5, Ltd.

Redemption Report

As of June 23, 2021



EXHIBIT B



Global Corporate Trust
www.usbank.com/cdo

# ACIS CLO 2014-5, LLC



# Table of Contents

As of Date: 06/23/2021
Payment Date: 06/24/2021

| Report Name | Page | Report Name | Page |
|---|---|---|---|
| Distribution Summary | 3 | Current Asset Characteristics - Part I | 9 |
| Distribution Detail | 4 | Equity Securities | 10 |
| Proceeds Account Summary | 8 | Disclaimer | 11 |



# ACIS CLO 2014-5, LLC
## Distribution Summary
As of Date: 06/23/2021
Payment Date: 06/24/2021

Current Libor: 0.175630%

| Note<br>CUSIP | Original<br>Face Value<br>Per $1000 | Opening<br>Balance<br>% of Orig Bal<br>Per $1000 | Principal<br>Payment<br>Per $1000 | Principal<br>Adj. or Loss<br>Per $1000 | Closing<br>Balance<br>% of Orig Bal<br>Per $1000 | Accrued<br>Interest<br>Due<br>Per $1000 | Repayment<br>of Deferred<br>Interest<br>Per $1000 | Total<br>Interest<br>Payment<br>Per $1000 | Interest<br>Rate<br>Curr/Next |
|---|---|---|---|---|---|---|---|---|---|
| Class A-1<br>00102DAA6 / USG0073XAA03 / G0073XAA0 | 280,750,000.00 | -<br>-<br>- % | -<br>- | -<br>- | -<br>-<br>- % | -<br>- | -<br>- | -<br>- | 1.6856300000% |
| Class A-2<br>00102DAC2 / USG0073XAB85 / G0073XAB8 | 30,000,000.00 | -<br>-<br>- % | -<br>- | -<br>- | -<br>-<br>- % | -<br>- | -<br>- | -<br>- | 3.5346000000% |
| Class B<br>00102DAE8 / USG0073XAC68 / G0073XAC6 | 68,000,000.00 | 58,471,950.57<br>859.881626029<br>85.99% | 58,471,950.57<br>859.881626029<br>- | -<br>- | -<br>-<br>- % | 212,468.81<br>3.124541324 | -<br>- | 212,468.81<br>3.124541324 | 2.5156300000% |
| Class C-1<br>00102DAG3 / USG0073XAD42 / G0073XAD4 | 25,000,000.00 | 25,000,000.00<br>1000.000000000<br>100.00% | 25,000,000.00<br>1000.000000000<br>- | -<br>- | -<br>-<br>- % | 129,119.97<br>5.164798800 | -<br>- | 129,119.97<br>5.164798800 | 3.5756300000% |
| Class C-2<br>00102DAL2 / USG0073XAF99 / G0073XAF9 | 7,000,000.00 | 7,000,000.00<br>1000.000000000<br>100.00% | 7,000,000.00<br>1000.000000000<br>- | -<br>- | -<br>-<br>- % | 60,045.32<br>8.577902857 | -<br>- | 60,045.32<br>8.577902857 | 5.8265000000% |
| Class D<br>00102DAJ7 / USG0073XAE25 / G0073XAE2 | 26,000,000.00 | 26,000,000.00<br>1000.000000000<br>100.00% | 26,000,000.00<br>1000.000000000<br>- | -<br>- | -<br>-<br>- % | 169,586.99<br>6.522576538 | -<br>- | 169,586.99<br>6.522576538 | 4.5156300000% |
| Class E-1<br>00101WAA5 / USG00738AA58 / G00738AA5 | 10,500,000.00 | 10,500,000.00<br>1000.000000000<br>100.00% | 10,500,000.00<br>1000.000000000<br>- | -<br>- | -<br>-<br>- % | 101,550.39<br>9.671465714 | -<br>- | 101,550.39<br>9.671465714 | 6.6956300000% |
| Class E-2<br>00101WAE7 / USG00738AC15 / G00738AC1 | 10,500,000.00 | 10,500,000.00<br>1000.000000000<br>100.00% | 10,500,000.00<br>1000.000000000<br>- | -<br>- | -<br>-<br>- % | 83,047.06<br>7.909243810 | -<br>- | 83,047.06<br>7.909243810 | 5.4756300000% |
| Subordinated<br>00101WAC1 / USG00738AB32 / G00738AB3 | 53,000,000.00 | 53,000,000.00<br>1000.000000000<br>100.00% | -<br>- | -<br>- | 53,000,000.00<br>1000.000000000<br>100.00% | -<br>- | -<br>- | 882,267.70<br>16.646560372 | - % |
| Totals: | 510,750,000.00 | 190,471,950.57 | 137,471,950.57 | 0.00 | 53,000,000.00 | 755,818.54 | 0.00 | 1,638,086.24 | |

# ACIS CLO 2014-5, LLC




## Distribution Detail
As of Date: 06/23/2021
Payment Date: 06/24/2021

| Priority | Payable to: | Amount | Priority | Payable to: | Amount |
|---|---:|---:|---|---:|---:|
| | Available Interest Proceeds: | 847,327.84 | | *Available Redemption Monies: | 138,890,383.46 |
| (A) | Taxes, governmental fees and registered office fees owing by the Issuer or Co-Issuer: | - | (A)(A) | Taxes, governmental fees and registered office fees owing by the Issuer or Co-Issuer: | - |
| (B) | Accrued and Unpaid Administrative Expenses up to the Administrative Expense Cap: | - | (A)(B) | Accrued and Unpaid Administrative Expenses up to the Administrative Expense Cap: | - |
| (B)(1)(i) | Fees, indemnities and expenses payable to the Trustee (pro rata): | 4,583.97 | (A)(B)(1)(i) | Fees, indemnities and expenses payable to the Trustee (pro rata): | - |
| (B)(1)(ii) | Fees, indemnities and expenses payable to the Bank (pro rata): | - | (A)(B)(1)(ii) | Fees, indemnities and expenses payable to the Bank (pro rata): | - |
| (B)(1)(iii) | Fees, indemnities and expenses payable to the Collateral Administrator (pro rata): | - | (A)(B)(1)(iii) | Fees, indemnities and expenses payable to the Collateral Administrator (pro rata): | - |
| (B)(2)(i) | Fees and expenses payable to the Independent accountants, agents and counsel of the Issuer and any ETB Subsidiary (pro rata): | - | (A)(B)(2)(i) | Fees and expenses payable to the Independent accountants, agents and counsel of the Issuer and any ETB Subsidiary (pro rata): | - |
| (B)(2)(ii) | Fees and expenses payable to the Rating Agencies (pro rata): | - | (A)(B)(2)(ii) | Fees and expenses payable to the Rating Agencies (pro rata): | - |
| (B)(2)(iii) | Fees and expenses payable to any Person in respect of Petition Expenses (pro rata): | - | (A)(B)(2)(iii) | Fees and expenses payable to any Person in respect of Petition Expenses (pro rata): | - |
| (B)(2)(iv) | Fees and expenses payable to the Portfolio Manager (pro rata): | - | (A)(B)(2)(iv) | Fees and expenses payable to the Portfolio Manager (pro rata): | - |
| (B)(2)(v) | Fees and expenses payable to the Administrator (pro rata): | - | (A)(B)(2)(v) | Fees and expenses payable to the Administrator (pro rata): | - |
| (B)(2)(vi) | Fees and expenses permitted to any other Person (pro rata): | 35,381.72 | (A)(B)(2)(vi) | Fees and expenses permitted to any other Person (pro rata): | - |
| (C) | Senior Management Fee: | 42,953.47 | (A)(C) | Senior Management Fee: | - |
| (D) | Amounts due to any Hedge Counterparty, excluding amounts due from termination (or partial termination): | - | (A)(D) | Amounts due to any Hedge Counterparty, excluding amounts due from termination (or partial termination): | - |
| (E)(1) | Accrued and unpaid interest on the Class A1 Notes (pro rata): | - | (A)(E)(1) | Accrued and unpaid interest on the Class A1 Notes (pro rata): | - |
| (E)(2) | Accrued and unpaid interest on the Class A2 Notes (pro rata): | - | (A)(E)(2) | Accrued and unpaid interest on the Class A2 Notes (pro rata): | - |
| (F) | Accrued and unpaid interest on the Class B Notes: | 212,468.81 | (A)(F) | Accrued and unpaid interest on the Class B Notes: | - |
| (G) | Amounts due to any Hedge Counterparty pursuant to an early termination (or partial termination): | - | (A)(G) | Amounts due to any Hedge Counterparty pursuant to an early termination (or partial termination): | - |
| (H) | If either of the Class A/B Coverage Tests is not satisfied: | - | (A)(H) | If either of the Class A/B Coverage Tests is not satisfied: | - |
| (H)(i) | to the payment of principal of the Class A1 Notes (pro rata): | - | (A)(H)(i) | to the payment of principal of the Class A1 Notes (pro rata): | - |
| (H)(ii) | to the payment of principal of the Class A2 Notes (pro rata): | - | (A)(H)(ii) | to the payment of principal of the Class A2 Notes (pro rata): | - |
| (H)(iii) | to the payment of principal of the Class B Notes: | - | (A)(H)(iii) | to the payment of principal of the Class B Notes: | - |
| (I)(i) | Accrued and unpaid interest on the Class C1 Notes (pro rata): | 129,119.97 | (B)(I)(i) | Accrued and unpaid interest on the Class C1 Notes (pro rata): | - |
| (I)(ii) | Accrued and unpaid interest on the Class C2 Notes (pro rata): | 60,045.32 | (B)(I)(ii) | Accrued and unpaid interest on the Class C2 Notes (pro rata): | - |
| (J)(i) | Class C1 Deferred Interest (pro rata): | - | (B)(J)(i) | Class C1 Deferred Interest (pro rata): | - |
| (J)(ii) | Class C2 Deferred Interest (pro rata): | - | (B)(J)(ii) | Class C2 Deferred Interest (pro rata): | - |
| (K) | If either of the Class C Coverage Tests is not satisfied: | - | (B)(K) | If either of the Class C Coverage Tests is not satisfied: | - |
| (K)(i) | to the payment of principal of the Class A1 Notes (pro rata): | - | (B)(K)(i) | to the payment of principal of the Class A1 Notes (pro rata): | - |
| (K)(ii) | to the payment of principal of the Class A2 Notes (pro rata): | - | (B)(K)(ii) | to the payment of principal of the Class A2 Notes (pro rata): | - |
| (K)(iii) | to the payment of principal of the Class B Notes: | - | (B)(K)(iii) | to the payment of principal of the Class B Notes: | - |

*The available Principal Proceeds excludes amounts held in reserve




# ACIS CLO 2014-5, LLC
## Distribution Detail
As of Date: 06/23/2021
Payment Date: 06/24/2021

| Ref | Description | Amount | Ref | Description | Amount |
|---|---|---|---|---|---|
| (K)(iv) | to the payment of principal of the Class C1 Notes (pro rata): | - | (B)(K)(iv) | to the payment of principal of the Class C1 Notes (pro rata): | - |
| (K)(v) | to the payment of principal of the Class C2 Notes (pro rata): | - | (B)(K)(v) | to the payment of principal of the Class C2 Notes (pro rata): | - |
| (L) | Accrued and unpaid interest on the Class D Notes: | 169,586.99 | (B)(L) | Accrued and unpaid interest on the Class D Notes: | - |
| (M) | Class D Deferred Interest | - | (B)(M) | Class D Deferred Interest | - |
| (N) | If either of the Class D Coverage Tests is not satisfied: | - | (B)(N) | If either of the Class D Coverage Tests is not satisfied: | - |
| (N)(i) | to the payment of principal of the Class A1 Notes (pro rata): | - | (B)(N)(i) | to the payment of principal of the Class A1 Notes (pro rata): | - |
| (N)(ii) | to the payment of principal of the Class A2 Notes (pro rata): | - | (B)(N)(ii) | to the payment of principal of the Class A2 Notes (pro rata): | - |
| (N)(iii) | to the payment of principal of the Class B Notes: | - | (B)(N)(iii) | to the payment of principal of the Class B Notes: | - |
| (N)(iv) | to the payment of principal of the Class C1 Notes (pro rata): | - | (B)(N)(iv) | to the payment of principal of the Class C1 Notes (pro rata): | - |
| (N)(v) | to the payment of principal of the Class C2 Notes (pro rata): | - | (B)(N)(v) | to the payment of principal of the Class C2 Notes (pro rata): | - |
| (N)(vi) | to the payment of principal of the Class D Notes: | - | (B)(N)(vi) | to the payment of principal of the Class D Notes: | - |
| (O)(i) | Accrued and unpaid interest on the Class E1 Notes (pro rata): | 101,550.39 | (B)(O)(i) | Accrued and unpaid interest on the Class E1 Notes (pro rata): | - |
| (O)(ii) | Accrued and unpaid interest on the Class E2 Notes (pro rata): | 83,047.06 | (B)(O)(ii) | Accrued and unpaid interest on the Class E2 Notes (pro rata): | - |
| (P)(i) | Class E1 Deferred Interest (pro rata): | - | (B)(P)(i) | Class E1 Deferred Interest (pro rata): | - |
| (P)(ii) | Class E2 Deferred Interest (pro rata): | - | (B)(P)(ii) | Class E2 Deferred Interest (pro rata): | - |
| (Q) | If either of the Class E Coverage Tests is not satisfied: | - | (B)(Q) | If either of the Class E Coverage Tests is not satisfied: | - |
| (Q)(i) | to the payment of principal of the Class A1 Notes (pro rata): | - | (B)(Q)(i) | to the payment of principal of the Class A1 Notes (pro rata): | - |
| (Q)(ii) | to the payment of principal of the Class A2 Notes (pro rata): | - | (B)(Q)(ii) | to the payment of principal of the Class A2 Notes (pro rata): | - |
| (Q)(iii) | to the payment of principal of the Class B Notes: | - | (B)(Q)(iii) | to the payment of principal of the Class B Notes: | - |
| (Q)(iv) | to the payment of principal of the Class C1 Notes (pro rata): | - | (B)(Q)(iv) | to the payment of principal of the Class C1 Notes (pro rata): | - |
| (Q)(v) | to the payment of principal of the Class C2 Notes (pro rata): | - | (B)(Q)(v) | to the payment of principal of the Class C2 Notes (pro rata): | - |
| (Q)(vi) | to the payment of principal of the Class D Notes: | - | (B)(Q)(vi) | to the payment of principal of the Class D Notes: | - |
| (Q)(vii) | to the payment of principal of the Class E1 Notes (pro rata): | - | (B)(Q)(vii) | to the payment of principal of the Class E1 Notes (pro rata): | - |
| (Q)(viii) | to the payment of principal of the Class E2 Notes (pro rata): | - | (B)(Q)(viii) | to the payment of principal of the Class E2 Notes (pro rata): | - |
| (R) | If Effective Date Ratings Confirmation has not been obtained: | - | (C) | On a Special Redemption Date, payments in accordance with the Note Payment Sequence: | - |
| (R)(x)(i) | to the payment of principal of the Class A1 Notes (pro rata): | - | (C)(i) | to the payment of principal of the Class A1 Notes (pro rata): | - |
| (R)(x)(ii) | to the payment of principal of the Class A2 Notes (pro rata): | - | (C)(ii) | to the payment of principal of the Class A2 Notes (pro rata): | - |
| (R)(x)(iii) | to the payment of principal of the Class B Notes: | - | (C)(iii) | to the payment of principal of the Class B Notes: | - |
| (R)(x)(iv) | to the payment of principal of the Class C1 Notes (pro rata): | - | (C)(iv) | to the payment of principal of the Class C1 Notes (pro rata): | - |
| (R)(x)(v) | to the payment of principal of the Class C2 Notes (pro rata): | - | (C)(v) | to the payment of principal of the Class C2 Notes (pro rata): | - |
| (R)(x)(vi) | to the payment of principal of the Class D Notes: | - | (C)(vi) | to the payment of principal of the Class D Notes: | - |
| (R)(x)(vii) | to the payment of principal of the Class E1 Notes (pro rata): | - | (C)(vii) | to the payment of principal of the Class E1 Notes (pro rata): | - |
| (R)(x)(viii) | to the payment of principal of the Class E2 Notes (pro rata): | - | (C)(viii) | to the payment of principal of the Class E2 Notes (pro rata): | - |
| (S) | During the Reinvestment Period, if the Interest Reinvestment Test is not satisfied, the lesser of: | - | (D)(1) | On a Redemption Date, payments in accordance with the Note Payment Sequence: | - |
| (S)(i) | 50% of the remaining Interest Proceeds: | - | | | |

*The available Principal Proceeds excludes amounts held in reserve



## Distribution Detail
As of Date: 06/23/2021
Payment Date: 06/24/2021

| Ref | Description | Amount | Ref | Description | Amount |
|---|---|---|---|---|---|
| (S)(ii)(1) | Discretion of PM, amount that would satisfy test to the Collection Acct. as Prin Proceeds to purchase add'l Collateral: | - | (D)(1)(i) | to the payment of principal of the Class A1 Notes (pro rata): | - |
| (S)(ii)(2) | or, to the payment of principal on the Secured Notes: | - | (D)(1)(ii) | to the payment of principal of the Class A2 Notes (pro rata): | - |
| (S)(ii)(2)(i) | to the payment of principal of the Class A1 Notes (pro rata): | - | (D)(1)(iii) | to the payment of principal of the Class B Notes: | 58,471,950.57 |
| (S)(ii)(2)(ii) | to the payment of principal of the Class A2 Notes (pro rata): | - | (D)(1)(iv) | to the payment of principal of the Class C1 Notes (pro rata): | 25,000,000.00 |
| (S)(ii)(2)(iii) | to the payment of principal of the Class B Notes: | - | (D)(1)(v) | to the payment of principal of the Class C2 Notes (pro rata): | 7,000,000.00 |
| (S)(ii)(2)(iv) | to the payment of principal of the Class C1 Notes (pro rata): | - | (D)(1)(vi) | to the payment of principal of the Class D Notes: | 26,000,000.00 |
| (S)(ii)(2)(v) | to the payment of principal of the Class C2 Notes (pro rata): | - | (D)(1)(vii) | to the payment of principal of the Class E1 Notes (pro rata): | 10,500,000.00 |
| (S)(ii)(2)(vi) | to the payment of principal of the Class D Notes: | - | (D)(1)(viii) | to the payment of principal of the Class E2 Notes (pro rata): | 10,500,000.00 |
| (S)(ii)(2)(vii) | to the payment of principal of the Class E1 Notes (pro rata): | - | (D)(2) | On a Redemption Date, payments under clauses (T) and (U) of Section 11.1(a)(i): | - |
| (S)(ii)(2)(viii) | to the payment of principal of the Class E2 Notes (pro rata): | - | (D)(2)(T)(1) | Accrued and unpaid Subordinated Management Fee: | 62,998.98 |
| (T)(1) | Accrued and unpaid Subordinated Management Fee: | 8,590.14 | (D)(2)(T)(2) | Unpaid Administrative Expenses from clause (B): | - |
| (T)(2) | Unpaid Administrative Expenses from clause (B): | - | (D)(2)(T)(2)(1)(i) | Fees, indemnities and expenses payable to the Trustee (pro rata): | - |
| (T)(2)(1)(i) | Fees, indemnities and expenses payable to the Trustee (pro rata): | - | (D)(2)(T)(2)(1)(ii) | Fees, indemnities and expenses payable to the Bank (pro rata): | - |
| (T)(2)(1)(ii) | Fees, indemnities and expenses payable to the Bank (pro rata): | - | (D)(2)(T)(2)(1)(iii) | Fees, indemnities and expenses payable to the Collateral Administrator (pro rata): | - |
| (T)(2)(1)(iii) | Fees, indemnities and expenses payable to the Collateral Administrator (pro rata): | - | (D)(2)(T)(2)(2)(i) | Fees and expenses payable to the Independent accountants, agents and counsel of the Issuer and any ETB Subsidiary (pro rata): | - |
| (T)(2)(2)(i) | Fees and expenses payable to the Independent accountants, agents and counsel of the Issuer and any ETB Subsidiary (pro rata): | - | (D)(2)(T)(2)(2)(ii) | Fees and expenses payable to the Rating Agencies (pro rata): | - |
| (T)(2)(2)(ii) | Fees and expenses payable to the Rating Agencies (pro rata): | - | (D)(2)(T)(2)(2)(iii) | Fees and expenses payable to any Person in respect of Petition Expenses (pro rata): | - |
| (T)(2)(2)(iii) | Fees and expenses payable to any Person in respect of Petition Expenses (pro rata): | - | (D)(2)(T)(2)(2)(iv) | Fees and expenses payable to the Portfolio Manager (pro rata): | - |
| (T)(2)(2)(iv) | Fees and expenses payable to the Portfolio Manager (pro rata): | - | (D)(2)(T)(2)(2)(v) | Fees and expenses payable to the Administrator (pro rata): | - |
| (T)(2)(2)(v) | Fees and expenses payable to the Administrator (pro rata): | - | (D)(2)(T)(2)(2)(vi) | Fees and expenses permitted to any other Person (pro rata): | 473,166.21 |
| (T)(2)(2)(vi) | Fees and expenses permitted to any other Person (pro rata): | - | (D)(2)(T)(3) | to the payment of any expenses incurred in connection with a Refinancing: | - |
| (T)(3) | to the payment of any expenses incurred in connection with a Refinancing: | - | (D)(2)(U) | Unpaid amounts due to any Hedge Counterparty pursuant to an early termination (or partial termination) from Clause (G) : | - |
| (U) | Unpaid amounts due to any Hedge Counterparty pursuant to an early termination (or partial termination) from Clause (G) : | - | (E) | During the Reinvestment Period, to invest in Eligible Investments and/or add'l Collateral Obligations: | - |
| (V) | for deposit into the Supplemental Reserve Account: | - | (F) | After the Reinvestment Period, payments in accordance with the Note Payment Sequence: | - |
| (W) | To the Holders of the Subordinated Notes in an amount necessary to satisfy a 10% IRR : | - | (F)(i) | to the payment of principal of the Class A1 Notes (pro rata): | - |
| (X)(i) | 15% of any remaining Interest Proceeds to the PM as part of the Incentive Management Fee: | - | (F)(ii) | to the payment of principal of the Class A2 Notes (pro rata): | - |
| (X)(ii) | 85% of any remaining Interest Proceeds to the Holders of the Subordinated Notes: | - | (F)(iii) | to the payment of principal of the Class B Notes: | - |
| | | | (F)(iv) | to the payment of principal of the Class C1 Notes (pro rata): | - |
| | | | (F)(v) | to the payment of principal of the Class C2 Notes (pro rata): | - |
| | | | (F)(vi) | to the payment of principal of the Class D Notes: | - |

*The available Principal Proceeds excludes amounts held in reserve



# ACIS CLO 2014-5, LLC
## Distribution Detail
As of Date: 06/23/2021
Payment Date: 06/24/2021



| Ref | Description | Amount |
|---|---|---|
| (F)(vii) | to the payment of principal of the Class E1 Notes (pro rata): | - |
| (F)(viii) | to the payment of principal of the Class E2 Notes (pro rata): | - |
| (G)(1) | Accrued and unpaid Subordinated Management Fee: | - |
| (G)(2) | Unpaid Administrative Expenses: | - |
| (G)(2)(1)(i) | Fees, indemnities and expenses payable to the Trustee (pro rata): | - |
| (G)(2)(1)(ii) | Fees, indemnities and expenses payable to the Bank (pro rata): | - |
| (G)(2)(1)(iii) | Fees, indemnities and expenses payable to the Collateral Administrator (pro rata): | - |
| (G)(2)(2)(i) | Fees and expenses payable to the Independent accountants, agents and counsel of the Issuer and any ETB Subsidiary (pro rata): | - |
| (G)(2)(2)(ii) | Fees and expenses payable to the Rating Agencies (pro rata): | - |
| (G)(2)(2)(iii) | Fees and expenses payable to any Person in respect of Petition Expenses (pro rata): | - |
| (G)(2)(2)(iv) | Fees and expenses payable to the Portfolio Manager (pro rata): | - |
| (G)(2)(2)(v) | Fees and expenses payable to the Administrator (pro rata): | - |
| (G)(2)(2)(vi) | Fees and expenses permitted to any other Person (pro rata): | - |
| (H) | Unpaid amounts due to any Hedge Counterparty pursuant to an early termination (or partial termination): | - |
| (I) | To the Holders of the Subordinated Notes in an amount necessary to satisfy a 10% IRR : | 882,267.70 |
| (J)(i) | 15% of any remaining Interest Proceeds to the PM as part of the Incentive Management Fee: | - |
| (J)(ii) | 85% of any remaining Interest Proceeds to the Holders of the Subordinated Notes: | - |

| | Total: 847,327.84 | | Total: 138,890,383.46 |
|---|---|---|---|
| Balance in the Interest Account after the Payment Date | 0.00 | Balance in the Principal Account after the Payment Date | 0.00 |

*The available Principal Proceeds excludes amounts held in reserve

# ACIS CLO 2014-5, LLC
## Proceeds Account Summary
As of Date: 06/23/2021
Payment Date: 06/24/2021



### Accounts Summary

| Account | Beginning Balance | Deposits | Withdrawals | Ending Balance |
|---|---|---|---|---|
| Collection - Interest | 537,681.99 | 340,157.12 | 30,511.27 | 847,327.84 |
| Collection - Principal | 6,486,059.81 | 143,908,371.93 | 4,048.28 | 150,390,383.46 |
| Custodial | 0.00 | 0.00 | 0.00 | 0.00 |
| Expense Reserve | 0.00 | 0.00 | 0.00 | 0.00 |
| Hedge | 0.00 | 0.00 | 0.00 | 0.00 |
| Interest Reserve | 0.00 | 0.00 | 0.00 | 0.00 |
| Payment | 0.00 | 0.00 | 0.00 | 0.00 |
| Ramp-Up | 0.00 | 0.00 | 0.00 | 0.00 |
| Revolver Funding | 0.00 | 0.00 | 0.00 | 0.00 |
| Supplemental Reserve | 0.00 | 0.00 | 0.00 | 0.00 |
| **Totals:** | **7,023,741.80** | **144,248,529.05** | **34,559.55** | **151,237,711.30** |

### Asset Summary

| | |
|---|---|
| Balance of Collection: | 151,237,711.28 |
| Balance of Custodial: | 0.00 |
| Balance of Expense Reserve: | 0.00 |
| Balance of Hedge: | 0.00 |
| Balance of Interest Reserve: | 0.00 |
| Balance of Payment: | 0.00 |
| Balance of Ramp-Up: | 0.00 |
| Balance of Revolver Funding: | 0.00 |
| Balance of Supplemental Reserve: | 0.00 |
| **Total of All Proceeds:** | **151,237,711.28** |

Account Summary:  Based on Settlement Date
Asset Summary:  Based on Trade Date



# ACIS CLO 2014-5, LLC
## Current Asset Characteristics - Part I
As of Date: 06/23/2021
Payment Date: 06/24/2021

| Security I.D. | Security Description | Issuer / Obligor | Stated Maturity | Current Coupon | Funded Balance | Unfunded Balance | Total Commitment | % of Collateral Principal Amount |
|---|---|---|---|---|---|---|---|---|
| LX153860 | Revlon Consumer Products T/L B (Initial) | Revlon Consumer Products Corporation | 07-Sep-23 | 4.25000% | 2,756,812.33 | - | 2,756,812.33 | 1.72% |
| LX158094 | Sinclair Television T/L B2 | Sinclair Television Group, Inc. | 03-Jan-24 | 2.35000% | 753,195.84 | - | 753,195.84 | 0.47% |
| LX171276 | Syniverse Holdings T/L (01/18) | Syniverse Holdings, Inc. | 09-Mar-23 | 6.00000% | 6,653,247.81 | - | 6,653,247.81 | 4.14% |
| **Totals:** | **3** | | | | **10,163,255.98** | **-** | **10,163,255.98** | |




**ACIS CLO 2014-5, LLC**
**Equity Securities**
As of Date: 06/23/2021
Payment Date: 06/24/2021

| Security ID | Security Description | Asset Description | # of Units/Shares |
|---|---|---|---|
| 8AMCSCZX4 | Sabine Oil & Gas C/S | Equity | 5.00 |
| 8AMCSF0Z0 | Wayne Services Legacy - C/S | Equity | 635.89 |

Totals: 2




# Disclaimer

As of Date: 06/23/2021
Payment Date: 06/24/2021

The information contained in this report is for general information only and has been obtained primarily from third party providers. The information is believed to be reliable, but is not guaranteed as to accuracy or completeness. U.S. Bank is not responsible for and does not guarantee the products, services or performance of its affiliates or third party providers. This information is not intended to serve as a recommendation or solicitation for the purchase or sale of any particular product or service. It is not intended to be a forecast of future events or guarantee of future results and should not be used as a primary basis of investment decisions.