**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, in its capacity as Trustee, JOSHUA N. TERRY, AND ACIS CAPITAL MANAGEMENT, L.P., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE CHARITABLE DONOR ADVISED FUND, L.P., CLO HOLDCO LTD., AND NEXPOINT STRATEGIC OPPORTUNITIES FUND, <br><br> *Defendants*. | No. 1:21-cv-11059 (GHW-JLC) |

**RULE 7.1 DISCLOSURE STATEMENT**
**BY DEFENDANTS CHARITABLE DAF FUND, LP A/K/A THE CHARITABLE**
**DONOR ADVISED FUND, L.P., AND CLO HOLDCO, LTD.**

Defendants Charitable DAF Fund, LP a/k/a The Charitable Donor Advised Fund, L.P. ("DAF"), and CLO Holdco, Ltd. ("CLOH"), file this Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and, through its attorneys, makes the following disclosures:

- DAF is a Cayman Islands limited partnership;

- Charitable DAF GP, LLC, a Delaware limited liability company, is the sole general partner of DAF and Charitable DAF HoldCo, Ltd., a Cayman Islands limited company, is the sole limited partner of DAF;

- DAF is the 100% owner of CLOH, a Cayman Islands limited company;

- There is no publicly held corporation owning 10% or more of the above entities' stock or ownership interest.

Dated: April 22, 2022                              Respectfully submitted,

/s/ *Roger L. McCleary*
Sawnie A. McEntire
*Admitted Pro Hac Vice*
Texas Bar No.: 13590100
Fed ID #3476
PARSONS MCENTIRE MCCLEARY PLLC
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Telephone: (214) 237-4300
Fax: (214) 237-4340
E-mail: smcentire@pmmlaw.com

Roger L. McCleary
*Admitted Pro Hac Vice*
Texas Bar No.: 133937000
Fed. ID #205
PARSONS MCENTIRE MCCLEARY PLLC
One Riverway, Suite 1800
Houston, Texas 77056
Telephone: (713) 960-7315
Fax: (713) 960-7347
E-mail: rmccleary@pmmlaw.com

Lindsey "Reid" Skibell
E-mail: rskibell@glennagre.com
Jewel K. Tewiah
E-mail: jtewiah@glennagre.com
GLENN AGRE BERGMAN & FUENTES LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: 212.358.5600

**Counsel for Defendants Charitable DAF Fund, LP a/k/a The Charitable Donor Advised Fund, L.P., and CLO Holdco, Ltd.**

3101718.1