# UNITED  STATES  DISTRICT  COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| U.S. Bank, National Asssociation, in its capacity as Trustee, Joshua N. Terry, and Acis Capital Management, L.P.<br><br>-v-<br><br>The Charitable Donor Advised Fund, L.P., CLO Holdco Ltd., and NexPoint Diversified Real Estate Trust | Plaintiff,<br><br><br><br><br><br>Defendant. |

Case  No. No. 1:21-cv-11059 (GHW-JLC)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

NexPoint Diversified Real Estate Trust                    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:**  April 26, 2022

Signature of Attorney

**Attorney Bar Code:** 4339057