UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, in its capacity as Trustee, JOSHUA N. TERRY, AND ACIS CAPITAL MANAGEMENT, L.P.,<br><br>        Plaintiffs,<br><br> -against-<br><br>THE CHARITABLE DONOR ADVISED FUND, L.P., CLO HOLDCO LTD., AND NEXPOINT DIVERSIFIED REAL ESTATE TRUST,<br><br>        Defendants. | **Case No. 1:21-cv-11059 (GHW)** |

**NOTICE OF MOTION TO DISMISS**

  **PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law and the Defendant NexPoint Diversified Real Estate Trust hereby moves this Court before the Honorable Gregory H. Woods, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order, pursuant to Federal Rules of Civil Procedure 12(b) (1), (6) and 17 (a), dismissing the Amended Complaint in its entirety as to this Defendant, and granting such other and further relief as the Court deems just and proper.

Dated: May 6, 2022                                  Respectfully submitted,

                                                    **SBAITI & COMPANY PLLC**

                                                    *Mazin A. Sbaiti*
                                                    Mazin A. Sbaiti
                                                    New York Bar No. 4339057
                                                    mas@sbaitilaw.com
                                                    Griffin S. Rubin
                                                    Texas Bar No. 24121809
                                                    gsr@sbaitilaw.com
                                                    J.P. Morgan Chase Tower
                                                    2200 Ross Avenue, Suite 4900W
                                                    Dallas, TX 75201
                                                    T: 214.432.2899
                                                    F: 214.853.4367

                                                    **COUNSEL FOR DEFENDANT NEXPOINT DIVERSIFIED REAL ESTATE TRUST**