## Parsons McEntire McCleary PLLC

1700 Pacific Ave., Ste. 4400
Dallas, Texas 75201
Tel. (214) 237-4300
Fax (214) 237-4340

Sawnie A. McEntire (214) 237-4303
Director & Shareholder smcentire@pmmlaw.com

May 19, 2022

Hon. Gregory H. Woods **VIA ECF**
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

>Re: *U.S. Bank National Association, et al. v. The Charitable Donor Advised Fund, L.P. and CLO HoldCo Ltd.*, **Case No. 1:21-cv-11059-GHW; Request to Reschedule May 24, 2022 Conference on Plaintiffs' Request for Jurisdictional Discovery ("Conference")**

Dear Judge Woods,

We received your order scheduling a conference next week in the referenced matter. I serve as lead counsel for defendants Charitable DAF Fund, LP a/k/a The Charitable Donor Advised Fund, L.P., and CLO Holdco, Ltd.

I am currently scheduled to be in Italy next week in connection with my daughter's wedding. My co-counsel, Roger McCleary, also will be attending the ceremony and related activities. I will be returning to the United States on June 1.

I am concerned about my access to a high-quality telephone connection during my stay. Accordingly, I respectfully request that the Court reschedule the Conference to a date and time on or after June 2, 2022.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ *Sawnie A. McEntire*
Sawnie A. McEntire

Hon. Gregory H. Woods
May 19, 2022
Page **2** of **2**

    *Admitted Pro Hac Vice*
    Texas Bar No.: 13590100
    Fed ID #3476
    PARSONS MCENTIRE MCCLEARY PLLC
    1700 Pacific Avenue, Suite 4400
    Dallas, Texas 75201
    Telephone: (214) 237-4300
    Fax: (214) 237-4340
    E-mail: smcentire@pmmlaw.com

    Roger L. McCleary
    *Admitted Pro Hac Vice*
    Texas Bar No.: 133937000
    Fed. ID #205
    PARSONS MCENTIRE MCCLEARY PLLC
    One Riverway, Suite 1800
    Houston, Texas 77056
    Telephone: (713) 960-7315
    Fax: (713) 960-7347
    E-mail: rmccleary@pmmlaw.com

    Reid Skibell
    GLENN AGRE BERGMAN & FUENTES LLP
    55 Hudson Yards, 20th Floor
    New York, NY 10001
    Telephone: 212.358.5600
    E-mail: rskibell@glennagre.com

    **Counsel for Defendants**
    **Charitable DAF Fund, LP a/k/a**
    **The Charitable Donor Advised Fund,**
    **L.P., and CLO Holdco, Ltd.**

cc: Counsel of Record (via ECF)

3103365.1