

May 24, 2022

**Via E-File**

Honorable Gregory H. Woods
U.S. District Judge
Southern District of New York
500 Pearl Street, Room 2260
New York, NY  10007

Re:   *U.S. Bank Nat'l Ass'n, et al. v. The Charitable Donor Advised Fund, et al.*,
      **Cause No. 1:21-cv-11059-GHW (S.D.N.Y.)**

Dear Judge Woods:

I write on behalf of NexPoint Diversified Real Estate Trust ("NexPoint") regarding the recently rescheduled telephonic hearing regarding Plaintiff's request for jurisdictional discovery. Unfortunately, I am unable to participate in the hearing on June 2nd as I am required to be present for an in-person all-day pre-trial session that cannot be rescheduled due to the involvement and participation of a half-dozen people).

Accordingly, I respectfully request that the Court reschedule the hearing.  I am available on June 1st in the afternoon or June 3rd at any time.

Respectfully submitted,

/s/ *Mazin A. Sbaiti*
Mazin A. Sbaiti

*Counsel for Defendant NexPoint Diversified Real Estate Trust*

cc: Counsel of Record (via ECF)

J.P. Morgan Chase Tower | 2200 Ross Avenue | Suite 4900W | Dallas, Texas 75201
T: (214) 432-2899 | F: (214) 853-4367 | www.SbaitiLaw.com