

May 24, 2022

**<u>Via E-File</u>**

Honorable Gregory H. Woods
U.S. District Judge
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

**Re:** *U.S. Bank Nat'l Ass'n, et al. v. The Charitable Donor Advised Fund, et al.*,
**Cause No. 1:21-cv-11059-GHW (S.D.N.Y.)**

Dear Judge Woods:

It is noted that your docket text order dated May 12, 2022, provides that Plaintiffs' deadline to file their opposition to Defendants' motion to dismiss is adjourned pending resolution of Plaintiffs' request for limited jurisdictional discovery. Plaintiffs filed an opposition to Defendant NexPoint Diversified Real Estate Trust's Motion to Dismiss on May 27, 2022, to which NexPoint's reply is due on June 3, 2022.

Due to NexPoint counsel's daily hearing schedule this week and an appellate brief deadline on June 3, we respectfully request that NexPoint's deadline to file its reply be extended to June 10. I have conferred with opposing counsel who do not oppose this request.

Respectfully submitted,

/s/ *Mazin A. Sbaiti*
Mazin A. Sbaiti

***Counsel for Defendant NexPoint Diversified Real Estate Trust***

cc: Counsel of Record (via ECF)