USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
                                                                                    :

U.S. BANK, NATIONAL ASSOCIATION, in its   :
capacity as Trustee, JOSHUA N. TERRY, AND ACIS  :
CAPITAL MANAGEMENT, L.P.,                 :              1:21-cv-11059-GHW
                                                                      :
                                 Plaintiffs,           :                    <u>ORDER</u>
                                                                        :
                           -against-                  :
                                                                        :
THE CHARITABLE DONOR ADVISED FUND,     :
L.P., AND CLO HOLDCO LTD.,                           :
                                                                        :
                                 Defendants.    :
                                                                      :
---------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       On June 9, 2022, the Court held a conference to discuss Plaintiffs' May 5, 2022 request for limited jurisdictional discovery. For the reasons articulated on the record during that conference, Plaintiff's request for jurisdictional discovery is denied.

       Plaintiffs' opposition to Defendants' motion to dismiss is due no later than June 17, 2022. Defendants' reply is due no later than twenty-one days after the service of Plaintiffs' opposition.

       SO ORDERED.

Dated: June 9, 2022
New York, New York
                                                                GREGORY H. WOODS
                                                          United States District Judge