# MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2022

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7559**

WRITER'S EMAIL ADDRESS
mishaboutilier@quinnemanuel.com

July 22, 2022

**VIA ELECTRONIC MAIL**

The Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

Re:   *U.S. Bank National Association, in its capacity as Trustee, et al. v. The Charitable Donor Advised Fund, L.P., et al.*, No. 1:21-cv-11059-GHW

Dear Judge Woods:

Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") represents Plaintiffs Acis Capital Management, L.P. ("ACM") and Joshua N. Terry in the above-referenced action. I write to inform the Court that July 22, 2022 is my last day as an attorney employed at Quinn Emanuel, and I therefore request that I be permitted to withdraw as counsel for ACM and Mr. Terry and that Your Honor direct the Clerk's office to terminate me from the docket in this case.

Jonathan Pickhardt and Blair Adams remain counsel of record for ACM and Mr. Terry. As such, my withdrawal will not affect any discovery, trial, or other such dates pending in this matter.

If the Court approves of this request, we respectfully request that it "So Order" this letter. We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Misha Boutilier

Misha Boutilier

cc:   All counsel of record (via ECF)

Application granted. The Clerk of Court is directed to remove Mr. Misha Boutilier from the list of active counsel in this case.

SO ORDERED.

Dated: July 29, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge