USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
:
U.S. BANK, NATIONAL ASSOCIATION, in its :
capacity as Trustee, JOSHUA N. TERRY, AND ACIS :
CAPITAL MANAGEMENT, L.P., : 1:21-cv-11059-GHW
:
                       Plaintiffs, : ORDER
:
            -against- :
:
THE CHARITABLE DONOR ADVISED FUND, :
L.P., AND CLO HOLDCO LTD., :
:
                    Defendants. :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

    The Court will hold a teleconference to discuss Defendants' pending motions to dismiss, Dkt. Nos. 41 and 46, on February 23, 2023 at 2:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(B) of the Court's Individual Rules.

    SO ORDERED.

Dated: February 21, 2023
New York, New York

                                        GREGORY H. WOODS
                                   United States District Judge