USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X
                                                 :
U.S. BANK, NATIONAL ASSOCIATION, in its     :
capacity as Trustee, JOSHUA N. TERRY, AND ACIS :
CAPITAL MANAGEMENT, L.P.,                      :        1:21-cv-11059-GHW
                                                 :
                         Plaintiffs,               :                 ORDER
                                                 :
                         -against-                 :
                                                :
THE CHARITABLE DONOR ADVISED FUND,        :
L.P., AND CLO HOLDCO LTD.,                           :
                                                :
                         Defendants.            :
                                                :
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      For the reasons stated on the record during the hearing held on February 23, 2023, Defendants' motions to dismiss, Dkt. Nos. 41 and 46, are denied and the stay is lifted.

      The Clerk of Court is respectfully directed to remove the notation on the docket that the case is stayed and to terminate the motions pending at Dkt. Nos. 41 and 46.

      SO ORDERED.

Dated: February 23, 2023
New York, New York

                                                      GREGORY H. WOODS
                                                 United States District Judge