# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nexpoint Strategic Opportunities Fund  Plaintiff, | |
| -v- | Case No. 1:21-cv-11059 (GHW) |
| Acis Capital Management, L.P., U.S. Bank, N.A., Joshua N. Terry, Brigade Capital Management, L.P.  Defendant. | **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _NexPoint Diversified Real Estate Trust_ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** March 9, 2023

Signature of Attorney

**Attorney Bar Code:** 4339057

Form Rule7_1.pdf  SDNY Web 10/2007