```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
U.S. BANK, NATIONAL ASSOCIATION, in its :
capacity as Trustee, JOSHUA N. TERRY, AND ACIS :
CAPITAL MANAGEMENT, L.P.,                       :      1:21-cv-11059-GHW
:
                      Plaintiffs,     :              ORDER
:
                -against-                :
:
THE CHARITABLE DONOR ADVISED FUND, :
L.P., AND CLO HOLDCO LTD.,                        :
:
                     Defendants.    :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On April 4, 2023, The Charitable Donor Advised Fund, L.P. and CLO Holdco, LTD filed a motion for leave to join Highland CLO Funding, Ltd. as a counter defendant. Dkt. No. 79. Pursuant to Local Civil Rule 6.1(b), the deadline for any opposition is fourteen days after the date of service of the motion; the deadline for any reply is seven days after the date of service of the opposition.

SO ORDERED.

Dated: April 8, 2023
New York, New York
                                                GREGORY H. WOODS
                                                United States District Judge