USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X
:
U.S. BANK, NATIONAL ASSOCIATION, in its :
capacity as Trustee, JOSHUA N. TERRY, AND ACIS :
CAPITAL MANAGEMENT, L.P., : 1:21-cv-11059-GHW
:
Plaintiffs, : ORDER
:
-against- :
:
THE CHARITABLE DONOR ADVISED FUND, :
L.P., AND CLO HOLDCO LTD., :
:
Defendants. :
:
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

Plaintiffs' request for a pre-motion conference, Dkt. No. 83, is granted. The Court will hold a teleconference regarding Plaintiffs' proposed omnibus motion to dismiss counterclaims and for judgment on the pleadings under FRCP 12(c) or summary judgment under FRCP 56 on April 27, 2023 at 2:00 p.m. The conference will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(B) of the Court's Individual Rules.

SO ORDERED.

Dated: April 20, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge