UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, in its capacity as Trustee, JOSHUA N. TERRY, and ACIS CAPITAL MANAGEMENT, L.P.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>THE CHARITABLE DONOR ADVISED FUND, L.P., CLO HOLDCO LTD., and NEXPOINT DIVERSIFIED REAL ESTATE TRUST,<br><br>    *Defendants*. | No. 1:21-cv-11059-GHW |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Misha Boutilier of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, 22nd Floor, New York, New York 10010, hereby appears on behalf of Plaintiffs Joshua N. Terry and Acis Capital Management, L.P., in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       May 1, 2023

*/s/ Misha Boutilier*
Misha Boutilier
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7559
Facsimile:  (212) 849-7100
Email: mishaboutilier@quinnemanuel.com

*Attorney for Plaintiffs Joshua N. Terry and Acis Capital Management, L.P.*