```
                                                                        USDC SDNY
                                                                        DOCUMENT
UNITED STATES DISTRICT COURT                                            ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                                           DOC #: _____
------------------------------------------------------------------- X   DATE FILED: 5/1/2023
                                                                    :
U.S. BANK, NATIONAL ASSOCIATION, in its                             :
capacity as Trustee, JOSHUA N. TERRY, AND ACIS                      :
CAPITAL MANAGEMENT, L.P.,                                           :   1:21-cv-11059-GHW
                                                                    :
                                            Plaintiffs,             :   ORDER
                                                                    :
                         -against-                                  :
                                                                    :
THE CHARITABLE DONOR ADVISED FUND,                                  :
L.P., AND CLO HOLDCO LTD.,                                          :
                                                                    :
                                            Defendants.             :
                                                                    :
------------------------------------------------------------------- X
```

GREGORY H. WOODS, District Judge:

Defendants/Counter-Plaintiffs Charitable DAF Fund, LP a/k/a The Charitable Donor Advised Fund, L.P., CLO Holdco, Ltd., and NexPoint Diversified Real Estate Trust filed their amendments in compliance with the deadlines set forth in the Court's case management plan and scheduling order entered on March 16, 2023. Dkt. No. 76. Accordingly, the motions for leave to add parties, Dkt. Nos. 79 and 81, are granted.

The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. No. 81.

SO ORDERED.

Dated: May 1, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge