USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- X
:
U.S. BANK, NATIONAL ASSOCIATION, in its :
capacity as Trustee, JOSHUA N. TERRY, AND ACIS :
CAPITAL MANAGEMENT, L.P., : 1:21-cv-11059-GHW
:
                      Plaintiffs, : ORDER
:
         -against- :
:
THE CHARITABLE DONOR ADVISED FUND, :
L.P., AND CLO HOLDCO LTD., :
:
                     Defendants. :
:
----------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      As discussed during the teleconference held on May 1, 2023, the deadline for Plaintiffs to file and serve their omnibus motion is May 15, 2023.  Defendants' opposition is due within 30 days after service of Plaintiffs' omnibus motion; Plaintiffs' reply, if any, is due within fourteen days after service of Defendants' opposition.  Furthermore, the parties' request to file excess pages is granted.  The page limits for the parties' respective omnibus motion and opposition are enlarged from 25 to 45 pages.  Plaintiffs' reply brief is enlarged from 10 to 25 pages.

      SO ORDERED.

Dated:  May 2, 2023
New York, New York
                                                          _____
                                                             GREGORY H. WOODS
                                                          United States District Judge