UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, in its capacity as Trustee, JOSHUA N. TERRY, AND ACIS CAPITAL MANAGEMENT, L.P.,<br><br>        Plaintiffs,<br><br>  v.<br><br>THE CHARITABLE DONOR ADVISED FUND, L.P., CLO HOLDCO LTD., AND NEXPOINT DIVERSIFIED REAL ESTATE TRUST,<br><br>        Defendants. | Case No. 1:21-cv-11059-GHW<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Counter Defendant Brigade Capital Management, LP in the above-captioned action:

    Jason C. Hegt
    Latham & Watkins LLP
    1271 Avenue of the Americas
    New York, NY 10020
    Telephone: (212) 906-1200
    Facsimile: (212) 751-4864
    Email: jason.hegt@lw.com

Dated: May 3, 2023
   New York, New York

Respectfully Submitted,

**LATHAM & WATKINS LLP**

/s/ Jason C. Hegt
Jason C. Hegt
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile:  (212) 751-4864
Email: jason.hegt@lw.com

*Attorney for Counter Defendant Brigade Capital Management, LP*