UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, in its capacity as Trustee, JOSHUA N. TERRY, AND ACIS CAPITAL MANAGEMENT, L.P.,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE CHARITABLE DONOR ADVISED FUND, L.P., CLO HOLDCO LTD., AND NEXPOINT DIVERSIFIED REAL ESTATE TRUST<br><br>*Defendants*. | No. 1:21-cv-11059-GHW |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeffery C. Arnier, Jr. of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, 22nd Floor, New York, New York 10010, hereby appears on behalf of Plaintiffs Joshua N. Terry and Acis Capital Management, L.P. in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
May 9, 2023

*/s/ Jeffery C. Arnier, Jr.*
Jeffery C. Arnier, Jr.
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
jefferyarnier@quinnemanuel.com

*Attorney for Plaintiffs Joshua N. Terry and Acis Capital Management, L.P.*