UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, in its capacity as Trustee, JOSHUA N. TERRY, AND ACIS CAPITAL MANAGEMENT, L.P.,<br><br>                              Plaintiffs,<br><br>        v.<br><br>THE CHARITABLE DONOR ADVISED FUND, L.P., CLO HOLDCO LTD., AND NEXPOINT DIVERSIFIED REAL ESTATE TRUST,<br><br>                              Defendants. | Case No. 1:21-cv-11059-GHW<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Counter-Defendant Brigade Capital Management, LP in the above-captioned action:

        Alexis Kellert Godfrey
        Latham & Watkins LLP
        1271 Avenue of the Americas
        New York, NY 10020
        Telephone: (212) 906-1200
        Facsimile: (212) 751-4864
        Email: alexis.godfrey@lw.com

Dated: May 18, 2023
      New York, New York

Respectfully Submitted,

**LATHAM & WATKINS LLP**

/s/ Alexis Kellert Godfrey
Alexis Kellert Godfrey
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile:  (212) 751-4864
Email: alexis.godfrey@lw.com

*Counsel for Counter-Defendant Brigade Capital Management, LP*