```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
U.S. BANK, NATIONAL ASSOCIATION, in its                             :
capacity as Trustee, JOSHUA N. TERRY, and ACIS                      :
CAPITAL MANAGEMENT, L.P.,                                           :      1:21-cv-11059-GHW
                                                                    :
                                    Plaintiffs,                     :      ORDER
                                                                    :
                    -against-                                       :
                                                                    :
THE CHARITABLE DONOR ADVISED FUND,                                  :
L.P., CLO HOLDCO LTD., and NEXPOINT                                 :
DIVERSIFIED REAL ESTATE TRUST,                                      :
                                                                    :
                                                                    :
                                    Defendants.                     :
------------------------------------------------------------------- X
```

<div style="float:right; border:1px solid black;">
USDC SDNY<br>
DOCUMENT<br>
ELECTRONICALLY FILED<br>
DOC #: _____<br>
DATE FILED: 5/30/2023
</div>

GREGORY H. WOODS, District Judge:

Counter-Defendant Brigade Capital Management, LP's May 24, 2023 request for leave to file a motion to dismiss, Dkt. No. 114, is granted. The deadline for Counter-Defendant Brigade Capital Management, LP to file its motion to dismiss is May 31, 2023. Any opposition papers are due within twenty-one days of service of the motion to dismiss; the reply, if any, is due within fourteen days after service of any opposition papers.

The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. No. 114.

SO ORDERED.

Dated: May 30, 2023

_____
GREGORY H. WOODS
United States District Judge