**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, in its capacity as Trustee, JOSHUA N. TERRY, AND ACIS CAPITAL MANAGEMENT, L.P.,<br><br>               Plaintiffs,<br><br>  -against-<br><br>THE CHARITABLE DONOR ADVISED FUND, L.P., CLO HOLDCO LTD., AND NEXPOINT DIVERSIFIED REAL ESTATE TRUST,<br><br>               Defendants. | **Case No. 1:21-cv-11059 (GHW)**<br><br>**NOTICE OF MOTION TO DISMISS** |

PLEASE TAKE NOTICE that upon the annexed Declaration of Jason C. Hegt, dated May 31, 2023, and the accompanying Memorandum of Law, the undersigned hereby moves this Court on behalf of Counter-Defendant Brigade Capital Management, LP ("Brigade") before the Honorable Gregory H. Woods of the United States District Court for the Southern District of New York, in Courtroom 12C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, for an order granting Counter-Defendant's Motion to Dismiss the Counterclaims of Defendant NexPoint Diversified Real Estate Trust against Brigade, ECF No. 78, pursuant to Fed. R. Civ. Pro. 12(b)(6).

Dated:  May 31, 2023                                  Respectfully submitted,
        New York, New York

                                                      /s/ Jason C. Hegt        .
                                                      LATHAM & WATKINS LLP
                                                      Jason C. Hegt
                                                      Alexis Kellert Godfrey
                                                      1271 Avenue of the Americas
                                                      New York, NY 10020
                                                      (212) 906-1200
                                                      Jason.Hegt@lw.com
                                                      Alexis.Godfrey@lw.com

                                                      *Attorneys for Counter-Defendant Brigade
                                                      Capital Management, LP*