UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, in its capacity as Trustee, JOSHUA N. TERRY, AND ACIS CAPITAL MANAGEMENT, L.P.,<br><br>                   Plaintiffs,<br><br>                  -against-<br><br>THE CHARITABLE DONOR ADVISED FUND, L.P., CLO HOLDO LTD., AND NEXPOINT DIVERSIFIED REAL ESTATE TRUST,<br><br>                  Defendants. | Case No. 1:21-cv-11059-GHW<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Shanna L. Miles, a member of this Court in good standing, respectfully enters her appearance as counsel for counterclaim defendant Highland CLO Funding Ltd. ("HCLOF") in the above-captioned action and requests that all pleadings, notices, filings, correspondence and other papers relating to this litigation be served on the undersigned.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance is made without waiver of or prejudice to any defenses that HCLOF has or might have in this action, including without limitation lack of personal jurisdiction.

Dated:  New York, New York
        June 6, 2023

                                                AKIN GUMP STRAUSS HAUER & FELD LLP

                                                By: _/s/ Shanna L. Miles_
                                                     Shanna L. Miles

                                                One Bryant Park
                                                New York, NY 10036
                                                Telephone: (212) 872-8196
                                                Facsimile: (212) 872-1002
                                                smiles@akingump.com