

# GLENN AGRE BERGMAN & FUENTES

Reid Skibell
rskibell@glennagre.com

1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
212.970.1610

June 7, 2023

**VIA ECF**

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

      Re:    *U.S. Bank National Association, et al. v. The Charitable Donor Advised Fund,*
             *L.P. and CLO HoldCo Ltd.,* Civil Action No: 1:21-cv-11059-GHW

Dear Judge Woods,

This letter is submitted on behalf of defendants Charitable DAF Fund, LP a/k/a The Charitable Donor Advised Fund, L.P. ("DAF"), and CLO Holdco, Ltd. ("CLOH") (collectively, "DAF Defendants"). Pursuant to Your Honor's Individual Motion Practices, I write to request an adjournment of the discovery hearing currently scheduled for June 8, 2023 at 1:00 p.m. Dkt. No. 127 (the "Hearing").

Unfortunately, the DAF Defendants' lead counsel, Roger McCleary and Sawnie McEntire, have a conflict and cannot attend the Hearing because they must attend a bench trial, previously scheduled on May 10, 2023, in the US Bankruptcy Court for the Northern District of Texas. Plaintiffs' counsel have represented that they do not object to the adjournment request. The parties have conferred and are available on the following dates:

- June 12, 2023 at any time before 4 p.m.;
- June 13, 2023 between 10 a.m.- 2 p.m.

If the above dates are not acceptable to the Court, the parties can provide additional dates. This is the DAF Defendants' first request for an adjournment of the Hearing.

We are available to address any questions the Court may have about this request.

           Respectfully submitted,

           /s/ Lindsey (Reid) Skibell
           Reid Skibell