UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, in its capacity as Trustee, JOSHUA N. TERRY, AND ACIS CAPITAL MANAGEMENT, L.P.,<br><br>       Plaintiffs,<br><br>   -against-<br><br>THE CHARITABLE DONOR ADVISED FUND, L.P., CLO HOLDCO LTD., AND NEXPOINT DIVERSIFIED REAL ESTATE TRUST,<br><br>       Defendants. | Case No. 1:21-cv-11059 (GHW) |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Counterclaim-Defendant Highland CLO Funding, Ltd. ("HCLOF"), by and through its undersigned counsel, respectfully represents that its membership interests are owned by Highland Capital Management, L.P., HCMLP Investments, LLC, CLO HoldCo Ltd., as well as various individuals. No publicly held corporation owns 10% or more of HCLOF's stock or membership interests.

Dated: June 8, 2023
New York, New York

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Uri A. Itkin*
 Uri A. Itkin
 Shanna L. Miles
 Michael Chen

One Bryant Park
New York, New York 10036
(212) 872-1027

*Attorneys for Counterclaim Defendant Highland CLO Funding Ltd.*