**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, in its capacity as Trustee, JOSHUA N. TERRY, and ACIS CAPITAL MANAGEMENT, L.P., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE CHARITABLE DONOR ADVISED FUND, L.P., CLO HOLDCO LTD., and NEXPOINT DIVERSIFIED REAL ESTATE TRUST, <br><br> *Defendants*. | Case No. 1:21-cv-11059-GHW <br><br> **NOTICE OF PLAINTIFFS' MOTION TO DISMISS THE DAF PARTIES' AMENDED COUNTERCLAIMS AND FOR JUDGMENT ON THE PLEADINGS** <br><br> **ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that Plaintiffs U.S. Bank, National Association, in its capacity as trustee, Joshua N. Terry, and Acis Capital Management, L.P. (collectively, the "Plaintiffs"), by and through their undersigned counsel, will move this Court, at a date and time to be determined by the Court, for (1) an order dismissing in their entirety with prejudice the amended counterclaims brought by Defendants The Charitable Donor Advised Fund, L.P. and CLO HoldCo, Ltd (collectively, the "DAF Parties") (Dkt. 155) under Rule 12(b)(6) of the Federal Rules of Civil Procedure, and (2) for judgment on the pleadings under Rule 12(c) of the Federal Rules of Civil Procedure on Plaintiffs' Claims against the DAF Parties in the Amended Complaint (Dkt. 15). This Motion is based on the accompanying Plaintiffs' Memorandum of Law in Support of Their Motion to Dismiss Defendants' Counterclaims and for Judgment on the Pleadings on Plaintiffs,

1

and the Declarations of Blair A. Adams, and Todd McGuffin, each dated August 15, 2022, together with exhibits thereto.

Dated: New York, New York
       August 15, 2023

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By:   */s/ Blair A. Adams*
   Jonathan E. Pickhardt
   Blair A. Adams
   Brendan Carroll
   Misha Boutilier
   Michael R. Bloom
   Jeffrey Arnier
   51 Madison Avenue, 22nd Floor
   New York, New York 10010
   (212) 849-7000

   *Attorneys for Plaintiffs Joshua N. Terry and Acis Capital Management, L.P.*

**SEWARD & KISSEL LLP**

By:   */s/ Mark D. Kotwick*
   Mark D. Kotwick
   Thomas Ross Hooper
   Julie J. Hong
   One Battery Park Plaza
   New York, New York 10004
   (202) 574-1200

   *Attorneys for Plaintiff U.S. Bank National Association, in its capacity as Trustee*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on August 15, 2023, he caused a true copy of the foregoing document to be served via CM/ECF to all counsel of record.

/s/ *Misha Boutilier*
Misha Boutilier