

Home   |   FOI   |   Feedback   |   Forms   |   Contact Us   |   Payments   |   Login

**Cayman Islands Judicial Administration**

| LAWYERS   | PUBLIC   | CONTACTS   | THE MEDIA

Courts   Judicial Admin   Mediation   Laws   Judgments   Guidance   News   Legal Clinic   FSD

HOME  |  COURTS  |  COURT HOURS AND LOCATIONS

# Court Hours and Locations

**COURTS**

Summary Court

Grand Court

Court of Appeal

Privy Council

Cause Lists

Court Rules

Practice Directions

› Court Hours and Locations

Court Fees

**SEARCH OUR WEBSITE**

Can't find what you need? Take a moment and do a search below!

Search...

## Judicial Administration

Courthouse, 61 Edward Street
George Town, Grand Cayman

P.O. Box 495
Grand Cayman KY1-1106
Cayman Islands
Tel: 345 949 4296
Fax: 345 949 9856



## Hours of Operation

**Courts Office**: 9:00am to 3:00pm (weekdays)

**Judicial Financial Centre**: 9:00am to 3:00pm (weekdays)

**Dress Code:**

All visitors to Court should be properly attired. Visitors wearing shorts, slippers, hats or dark glasses (unless prescribed by a doctor) may be prohibited from entering Court premises.

EXHIBIT
___3___

© 2023 - All rights reserved.   Powered by: