| | |
|---|---|
| From: | Bhavesh N. Patel |
| To: | "Trudy Ann Scott" |
| Cc: | Michael Pearson; Bryan W. Little |
| Subject: | ACIS CLO 2015-6 Ltd |
| Attachments: | image001.png |
| | 78 NP Amended Answer and Counterclaim.pdf |
| | 15 Amended Complaint.pdf |
| | 20230707 Letter TTA - Acis 6.pdf |

Dear Trudy-Ann

Please see attached our letter and its enclosures for service on the above company for whom FFP provide RORA services. Hard copies will follow this afternoon.

Kind regards

Bhav

**Bhavesh Patel**
Partner



T: +1 345 949 0699 | D: +1 345 623 2411 | M: +1 345 326 1618 | E: bpatel@tta.lawyer
Harbour Place, 2nd Floor, 103 South Church Street, P.O. Box 472, George Town, Grand Cayman KY1-1106, Cayman Islands
www.traversthorpalberga.com

For our firm's privacy policy, click here

This email, including any attachments thereto, is intended only for use by the addressee(s) named above and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify the sender and permanently delete the original copy, any copy of that email, and any printed version.

EXHIBIT 17