| | |
|---|---|
| **From:** | Richard Murphy |
| **To:** | Bhavesh N. Patel; Bryan W. Little |
| **Cc:** | Michael Pearson; Izanne Geldenhuys; Matthew Barnett |
| **Subject:** | RE: ACIS CLO 2015-6 Ltd |
| **Date:** | Wednesday, August 2, 2023 2:40:15 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

Hi Bhav

Thanks for the follow up. We have now formally engaged Appleby and it is Tony Heaver Wren and Damon Booth who are running this file so I'll let you reach out to them both.

Tony Heaver–Wren theaverwren@applebyglobal.com; Damon Booth DBooth@applebyglobal.com

Kind regards

Richard Murphy



www.ffp.ky | Richard.Murphy@ffp.ky
2nd Floor Harbour Centre, 159 Mary Street, George Town, Grand Cayman
Mailing address: 10 Market Street, #769 Camana Bay, Grand Cayman, KY1–9006, Cayman Islands
Direct Dial: +1 345 640 5863 | Office: +1 345 947 5854 |Cell: +1 345 321 2409

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorised disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

FFP (Cayman) Limited is a Cayman Islands registered company regulated by the Cayman Islands Monetary Authority and holds a Trust License under the Banks and Trust Companies Act.  FFP (Cayman) Limited provides directorships, general partner and trustee services.

FFP Limited is a Cayman Islands registered company regulated under the Trade and Business Licence Act. FFP Limited provides voluntary, provisional and official liquidation and other insolvency services.

FFP (Directors) Limited and FFP (Corporate Services) Limited are both Cayman Islands registered companies regulated by the Cayman Islands Monetary Authority. Both companies hold a Companies Management Licence under the Companies Management Act Revision. They provide corporate and individual directors, nominee shareholder and corporate services.

FFP (Advisors) Limited is a Cayman Islands registered company regulated by the Cayman Islands Monetary Authority as a SIBL Registered Person. FFP Advisors provides outsourced investment advice and management.

From: Bhavesh N. Patel <bpatel@traversthorpalberga.com>
Sent: Wednesday, 2 August 2023 2:04 pm
To: Richard Murphy <Richard.Murphy@ffp.ky>; Bryan W. Little <bwlittle@traversthorpalberga.com>
Cc: Michael Pearson <michael.pearson@ffp.ky>; Izanne Geldenhuys <Izanne.Geldenhuys@ffp.ky>
Subject: EXTERNAL RE: ACIS CLO 2015–6 Ltd

External Email. Exercise Caution.

Dear Richard

Please can we have an update on your response here?

Kind regards

Bhav

**EXHIBIT**

**19**

exhibitsticker.com

Bhavesh Patel
Partner



D: +1 345 623 2411 | M: +1 345 326 1618

For our firm's privacy policy, click here
This email, including any attachments thereto, is intended only for use by the addressee(s) named above and may contain legally privileged and/or confidential
information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any
attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify the sender and permanently delete the original copy, any
copy of that email, and any printed version.

From: Richard Murphy [mailto:Richard.Murphy@ffp.ky]
Sent: Monday, 24 July 2023 9:56 am
To: Bhavesh N. Patel <bpatel@traversthorpalberga.com>; Bryan W. Little
<bwlittle@traversthorpalberga.com>
Cc: Michael Pearson <michael.pearson@ffp.ky>; Izanne Geldenhuys <Izanne.Geldenhuys@ffp.ky>
Subject: RE: ACIS CLO 2015–6 Ltd

Hi Bhav

We are still in the process of engaging a Cayman counsel so would you mind bearing with us until
this Wednesday. Thanks for your patience.

Kind regards

Richard Murphy



www.ffp.ky | Richard.Murphy@ffp.ky
2nd Floor Harbour Centre, 159 Mary Street, George Town, Grand Cayman
Mailing address: 10 Market Street, #769 Camana Bay, Grand Cayman, KY1–9006, Cayman Islands
Direct Dial: +1 345 640 5863 | Office: +1 345 947 5854 |Cell: +1 345 321 2409

This message and any attachments may contain confidential or privileged information and are only for the use of the intended
recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this
and all copies of this message and all attachments. Any unauthorised disclosure, use, distribution, or reproduction of this message
or any attachments is prohibited and may be unlawful.

FFP (Cayman) Limited is a Cayman Islands registered company regulated by the Cayman Islands Monetary Authority and holds a
Trust License under the Banks and Trust Companies Act. FFP (Cayman) Limited provides directorships, general partner and
trustee services.

FFP Limited is a Cayman Islands registered company regulated under the Trade and Business Licence Act. FFP Limited provides
voluntary, provisional and official liquidation and other insolvency services.

FFP (Directors) Limited and FFP (Corporate Services) Limited are both Cayman Islands registered companies regulated by the
Cayman Islands Monetary Authority. Both companies hold a Companies Management Licence under the Companies Management
Act Revision. They provide corporate and individual directors, nominee shareholder and corporate services.

FFP (Advisors) Limited is a Cayman Islands registered company regulated by the Cayman Islands Monetary Authority as a SIBL
Registered Person. FFP Advisors provides outsourced investment advice and management.

From: Bhavesh N. Patel <bpatel@traversthorpalberga.com>
Sent: Monday, 24 July 2023 9:48 am
To: Richard Murphy <Richard.Murphy@ffp.ky>; Bryan W. Little <bwlittle@traversthorpalberga.com>
Cc: Michael Pearson <michael.pearson@ffp.ky>; Izanne Geldenhuys <Izanne.Geldenhuys@ffp.ky>
Subject: EXTERNAL RE: ACIS CLO 2015–6 Ltd

External Email. Exercise Caution.

Dear Richard

Please can you let us know whether we can expect any response to our letter of 7 July 2023?

Kind regards

Bhav

Bhavesh Patel
Partner

D: +1 345 623 2411 | M: +1 345 326 1618

For our firm's privacy policy, click here
This email, including any attachments thereto, is intended only for use by the addressee(s) named above and may contain legally privileged and/or confidential
information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any
attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify the sender and permanently delete the original copy, any
copy of that email, and any printed version.

From: Richard Murphy [mailto:Richard.Murphy@ffp.ky]
Sent: Saturday, 15 July 2023 1:48 am
To: Bryan W. Little <bwlittle@traversthorpalberga.com>
Cc: Michael Pearson <michael.pearson@ffp.ky>; Izanne Geldenhuys <Izanne.Geldenhuys@ffp.ky>;
Bhavesh N. Patel <bpatel@traversthorpalberga.com>
Subject: Re: ACIS CLO 2015-6 Ltd

Hi Bryan

Next Friday should work for us, thanks very much.

Kind regards
Richard

---

From: Bryan W. Little <bwlittle@traversthorpalberga.com>
Sent: Thursday, July 13, 2023 11:14 PM
To: Richard Murphy <Richard.Murphy@ffp.ky>
Cc: Michael Pearson <michael.pearson@ffp.ky>; Izanne Geldenhuys
<Izanne.Geldenhuys@ffp.ky>; Bhavesh N. Patel <bpatel@traversthorpalberga.com>
Subject: EXTERNAL RE: ACIS CLO 2015-6 Ltd

External Email. Exercise Caution.

Dear Richard

Thanks for your email. Hope you're well too.

In order to allow some additional time for the company to take advice, our client would be willing to wait until
9:00 am on Friday, 21 July 2023 to have a response to our letter.

Noting that the letter was sent on 7 July 2023 (almost a week ago), we expect that should provide the company
with enough time to indicate whether it *intends* to produce the documents / information in due course, or not
(i.e. noting that is not a deadline for production itself).

Please let us know if we can be of any assistance in the meantime.

Kind regards

Bryan

Bryan W. Little
Senior Associate

D: +1 345 623 2425 | M: +1 345 326 7200 | E: bwlittle@tta.lawyer
www.traversthorpalberga.com

For the firm's privacy policy, click here.

This email, including any attachments thereto, is intended only for use by the addressee(s) named above and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify the sender and permanently delete the original copy, any copy of that email, and any printed matter.

From: Richard Murphy [mailto:Richard.Murphy@ffp.ky]
Sent: 12 July 2023 11:26
To: Bhavesh N. Patel <bpatel@traversthorpalberga.com>; Bryan W. Little <bwlittle@traversthorpalberga.com>
Cc: Michael Pearson <michael.pearson@ffp.ky>; Izanne Geldenhuys <Izanne.Geldenhuys@ffp.ky>
Subject: Fwd: ACIS CLO 2015-6 Ltd

Hi Bhav and Bryan

Hope you are both well. There's a tight turn around requested in this correspondence and we are going to need time to engage counsel on this new matter. Can you give us until next week to come back to you. I can firm up on timing later this week once we speak to counsel.

Kind regards

Richard Murphy

Image



www.ffp.ky | Richard.Murphy@ffp.ky
2nd Floor Harbour Centre, 159 Mary Street, George Town, Grand Cayman
Mailing address: 10 Market Street, #769 Camana Bay, Grand Cayman, KY1-9006, Cayman Islands
Direct Dial: +1 345 640 5863 | Office: +1 345 947 5854 | Cell: +1 345 321 2409

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorised disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

FFP (Cayman) Limited is a Cayman Islands registered company regulated by the Cayman Islands Monetary Authority and holds a Trust License under the Banks and Trust Companies Act.  FFP (Cayman) Limited provides directorships, general partner and trustee services.

FFP Limited is a Cayman Islands registered company regulated under the Trade and Business Licence Act. FFP Limited provides voluntary, provisional and official liquidation and other insolvency services.

FFP (Directors) Limited and FFP (Corporate Services) Limited are both Cayman Islands registered companies regulated by the Cayman Islands Monetary Authority. Both companies hold a Companies Management Licence under the Companies Management Act Revision. They provide corporate and individual directors, nominee shareholder and corporate services.

FFP (Advisors) Limited is a Cayman Islands registered company regulated by the Cayman Islands Monetary Authority as a SIBL Registered Person. FFP Advisors provides outsourced investment advice and management.

From: Bhavesh N. Patel <bpatel@traversthorpalberga.com>
Sent: Friday, July 7, 2023 12:31 PM
To: Trudy Ann Scott <trudyann.scott@ffp.ky>
Cc: Michael Pearson <michael.pearson@ffp.ky>; Bryan W. Little <bwlittle@traversthorpalberga.com>
Subject: EXTERNAL ACIS CLO 2015-6 Ltd

External Email. Exercise Caution.

Dear Trudy-Ann

Please see attached our letter and its enclosures for service on the above company for whom FFP provide RORA services. Hard copies will follow this afternoon.

Kind regards

Bhav

Bhavesh Patel
Partner



T: +1 345 949 0699 | D: +1 345 623 2411 | M: +1 345 326 1618  | E: bpatel@tta.lawyer
Harbour Place, 2nd Floor, 103 South Church Street, P.O. Box 472, George Town, Grand Cayman KY1-1106, Cayman Islands
www.traversthorpalberga.com

For our firm's privacy policy, click here

This email, including any attachments thereto, is intended only for use by the addressee(s) named above and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify the sender and permanently delete the original copy, any copy of that email, and any printed version.