| | |
|---|---|
| From: | Bhavesh N. Patel |
| To: | "theaverwren@applebyglobal.com"; "DBooth@applebyglobal.com" |
| Cc: | Bryan W. Little |
| Subject: | ACIS CLO 2015-6 Ltd |
| Attachments: | image001.png<br>78 NP Amended Answer and Counterclaim.pdf<br>15 Amended Complaint.pdf<br>20230707 Letter TTA - Acis 6.pdf |

Dear Tony and Damon

I understand from Richard Murphy at FFP Limited that you have been instructed on this matter and in respect of the letter that we sent to the above company on 7 July 2023, a copy of which is attached for ease along with its enclosures. Please could you let us know when we can expect a substantive response, noting that this has been pending now for almost 4 weeks and there is some urgency to the request.

Kind regards

Bhav


**Bhavesh Patel**
Partner



T: +1 345 949 0699 | D: +1 345 623 2411 | M: +1 345 326 1618 | E: bpatel@tta.lawyer
Harbour Place, 2nd Floor, 103 South Church Street, P.O. Box 472, George Town, Grand Cayman KY1-1106, Cayman Islands
www.traversthorpalberga.com

For our firm's privacy policy, click here

This email, including any attachments thereto, is intended only for use by the addressee(s) named above and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify the sender and permanently delete the original copy, any copy of that email, and any printed version.

EXHIBIT

20