| | |
|---|---|
| **From:** | Damon Booth |
| **To:** | Bhavesh N. Patel |
| **Cc:** | Bryan W. Little; Tony Heaver-Wren |
| **Subject:** | RE: ACIS CLO 2015-6 Ltd [APPLEBY-KY_LEGAL.FID1263661] |
| **Date:** | Wednesday, August 2, 2023 3:52:38 PM |
| **Attachments:** | image002.png |
| | image003.png |
| | image004.png |

Dear Bhav

We acknowledge receipt of your email with thanks. We will seek instructions in relation to a substantive response to your letter.

Kind regards

Damon

**DAMON BOOTH**
SENIOR ASSOCIATE | DISPUTE RESOLUTION
Appleby (Cayman) Ltd
Tel: +1 345 814 2792



**BERMUDA | BVI | CAYMAN | GUERNSEY | HONG KONG | ISLE OF MAN | JERSEY | MAURITIUS | SEYCHELLES | SHANGHAI**
applebyglobal.com



**From:** Bhavesh N. Patel <bpatel@traversthorpalberga.com>
**Sent:** Wednesday, 2 August 2023 3:12 PM
**To:** Tony Heaver-Wren <theaverwren@applebyglobal.com>; Damon Booth <DBooth@applebyglobal.com>
**Cc:** Bryan W. Little <bwlittle@traversthorpalberga.com>
**Subject:** [EXTERNAL] ACIS CLO 2015-6 Ltd

**This Message originated outside your organization.**

Dear Tony and Damon

I understand from Richard Murphy at FFP Limited that you have been instructed on this matter and in respect of the letter that we sent to the above company on 7 July 2023, a copy of which is attached for ease along with its enclosures. Please could you let us know when we can expect a substantive response, noting that this has been pending now for almost 4 weeks and there is some urgency to the request.

Kind regards

Bhav

EXHIBIT
21

**Bhavesh Patel**
Partner



T: +1 345 949 0699 | D: +1 345 623 2411 | M: +1 345 326 1618 | E: bpatel@tta.lawyer
Harbour Place, 2nd Floor, 103 South Church Street, P.O. Box 472, George Town, Grand Cayman KY1-1106, Cayman Islands
www.traversthorpalberga.com

For our firm's privacy policy, click here

This email, including any attachments thereto, is intended only for use by the addressee(s) named above and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify the sender and permanently delete the original copy, any copy of that email, and any printed version.

The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressee. Access by any other person to this e-mail is not authorised. If you are not the intended recipient, please delete this e-mail. Any disclosure of this e-mail or of the parties to it, any copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited, and may be unlawful.

The term "Partner" is a title referring to a shareholder, director, employee or consultant of equivalent standing and qualifications of Appleby (Cayman) Ltd. which is an Appleby legal practice in the Cayman Islands and a company with limited liability. A list of the partners of any Appleby partnership, or of the members, shareholders and directors of any Appleby limited company and of any other non-shareholders or members or directors who are termed "Partners" of any legal practice is available for inspection upon request from your relationship partner. Appleby is an organisation of separate entities and legal practices comprising both corporate and partnership form, each established to provide legal, fiduciary and administration services under the Appleby name from the jurisdictions in which it is based.