Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T +1 212.872.1000
F +1 212.872.1002
akingump.com



**Uri A. Itkin**

+1 212.872.1027/fax: +1 212.872.1002
uitkint@akingump.com

August 28, 2023

The Honorable Gregory H. Woods, U.S.D.J.
United States Courthouse
500 Pearl Street, Courtroom 12C
New York, New York 10007-1312

Re: *U.S. Bank, Nat'l Assn. et al v. The Charitable Donor Advised Fund, L.P. et al*, No. 21-cv-11059

Dear Judge Woods:

Pursuant to Rule 1(E) of Your Honor's Individual Rules of Practice, we write jointly, on behalf of Counterclaim-Defendant Highland CLO Funding, Ltd. ("HCLOF") and Defendants/Counterclaim-Plaintiffs CLO Holdco, Ltd. and The Charitable Donor Advised Fund, L.P. (the "CLOH Parties"), to request a ten-day extension of the briefing schedule of HCLOF's dismissal motion (Docs. 177, 178, 180, 181) reflected in the Court's July 28, 2023 order (Doc. 167). HCLOF requested and proposed this extension due to scheduling conflicts and the CLOH Parties have agreed to HCLOF's request, subject to Court approval.[1] As reflected in the chart below, the extension would mean that the CLOH Parties would file their opposition to HCLOF's motion on September 12, instead of September 5, and HCLOF would file its reply on September 29, instead of September 19. We respectfully ask that the Court approve this modest schedule modification.

| Filing | Current Deadline | **Proposed New Deadline** |
|---|---|---|
| The CLOH Parties' Opposition to HCLOF's Motion to Dismiss | Sept. 5 | **Sept. 12** |
| HCLOF's Reply in Further Support of Its Motion to Dismiss | Sept. 19 | **Sept. 29** |

The parties have not previously requested an extension for these deadlines and seek this modest extension to account for the upcoming holidays and pre-planned travel. We appreciate the Court's consideration of this request.

[1] The CLOH Parties' agreement to HCLOF's request and this letter are without admission of any kind by or on behalf of the CLOH Parties and are without waiver of any substantive or procedural rights of the CLOH Parties, all of which are expressly reserved.





Respectfully Submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Uri A. Itkin*

Uri A. Itkin
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1027
Email: uitkin@akingump.com

*Counsel for Highland CLO Funding, Ltd.*

PARSONS MCENTIRE MCCLEARY PLLC

*/s/ Sawnie A. McEntire*

Sawnie A. McEntire
*Admitted Pro Hac Vice*
Texas Bar No.: 13590100
Fed ID #3476
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Telephone: (214) 237-4300
Fax: (214) 237-4340
E-mail: smcentire@pmmlaw.com

Roger L. McCleary
*Admitted Pro Hac Vice*
Texas Bar No.: 133937000
Fed. ID #205
One Riverway, Suite 1800
Houston, Texas 77056
Telephone: (713) 960-7315
Fax: (713) 960-7347
E-mail: rmccleary@pmmlaw.com

GLENN AGRE BERGMAN & FUENTES LLP

Lindsey R. Skibell
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 358-5600





E-mail: rskibell@glennagre.com
Jewel K. Tewiah
E-mail: jtewiah@glennagre.com

*Counsel for CLO Holdco, Ltd. and The Charitable Donor Advised Fund, L.P.*