Case 1:21-cv-11059-GHW   Document 186   Filed 08/28/23   Page 1 of 3

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T  +1 212.872.1000
F  +1 212.872.1002
akingump.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/2023

**Uri A. Itkin**

+1 212.872.1027/fax: +1 212.872.1002
uitkint@akingump.com

**MEMORANDUM ENDORSED**

August 28, 2023

The Honorable Gregory H. Woods, U.S.D.J.
United States Courthouse
500 Pearl Street, Courtroom 12C
New York, New York 10007-1312



Re:   *U.S. Bank, Nat'l Assn. et al v. The Charitable Donor Advised Fund, L.P. et al*,
No. 21-cv-11059

Dear Judge Woods:

Pursuant to Rule 1(E) of Your Honor's Individual Rules of Practice, we write jointly, on behalf of Counterclaim-Defendant Highland CLO Funding, Ltd. ("HCLOF") and Defendants/Counterclaim-Plaintiffs CLO Holdco, Ltd. and The Charitable Donor Advised Fund, L.P. (the "CLOH Parties"), to request a ten-day extension of the briefing schedule of HCLOF's dismissal motion (Docs. 177, 178, 180, 181) reflected in the Court's July 28, 2023 order (Doc. 167). HCLOF requested and proposed this extension due to scheduling conflicts and the CLOH Parties have agreed to HCLOF's request, subject to Court approval.[1] As reflected in the chart below, the extension would mean that the CLOH Parties would file their opposition to HCLOF's motion on September 12, instead of September 5, and HCLOF would file its reply on September 29, instead of September 19. We respectfully ask that the Court approve this modest schedule modification.

| Filing | Current Deadline | Proposed New Deadline |
|---|---|---|
| The CLOH Parties' Opposition to HCLOF's Motion to Dismiss | Sept. 5 | **Sept. 12** |
| HCLOF's Reply in Further Support of Its Motion to Dismiss | Sept. 19 | **Sept. 29** |

The parties have not previously requested an extension for these deadlines and seek this modest extension to account for the upcoming holidays and pre-planned travel. We appreciate the Court's consideration of this request.

---

[1] The CLOH Parties' agreement to HCLOF's request and this letter are without admission of any kind by or on behalf of the CLOH Parties and are without waiver of any substantive or procedural rights of the CLOH Parties, all of which are expressly reserved.



Hon. Gregory H. Woods
August 28, 2023
Page 2

                    Respectfully Submitted,

                    AKIN GUMP STRAUSS HAUER & FELD LLP

                    By: */s/ Uri A. Itkin*
                    Uri A. Itkin
                    One Bryant Park
                    New York, New York 10036
                    Telephone: (212) 872-1027
                    Email: uitkin@akingump.com

                    *Counsel for Highland CLO Funding, Ltd.*

                    PARSONS MCENTIRE MCCLEARY PLLC

                    */s/ Sawnie A. McEntire*
                    Sawnie A. McEntire
                    *Admitted Pro Hac Vice*
                    Texas Bar No.: 13590100
                    Fed ID #3476
                    1700 Pacific Avenue, Suite 4400
                    Dallas, Texas 75201
                    Telephone: (214) 237-4300
                    Fax: (214) 237-4340
                    E-mail: smcentire@pmmlaw.com

                    Roger L. McCleary
                    *Admitted Pro Hac Vice*
                    Texas Bar No.: 133937000
                    Fed. ID #205
                    One Riverway, Suite 1800
                    Houston, Texas 77056
                    Telephone: (713) 960-7315
                    Fax: (713) 960-7347
                    E-mail: rmccleary@pmmlaw.com

                    GLENN AGRE BERGMAN & FUENTES LLP

                    Lindsey R. Skibell
                    55 Hudson Yards, 20th Floor
                    New York, NY 10001
                    Telephone: (212) 358-5600

Case 1:21-cv-11059-GHW  Document 186  Filed 08/28/23  Page 3 of 3



Hon. Gregory H. Woods
August 28, 2023
Page 3

        E-mail: rskibell@glennagre.com
        Jewel K. Tewiah
        E-mail: jtewiah@glennagre.com

        *Counsel for CLO Holdco, Ltd. and The Charitable Donor Advised Fund, L.P.*

The parties' August 28, 2023 request for an extension of time on the briefing scheduled of the motion to dismiss, Dkt. No. 185, is granted. The CLOH Parties' opposition to HCLOF's motion to dismiss is due no later than September 12, 2023. HCLOF's reply, if any, is due September 29, 2023.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 185.

SO ORDERED.

Dated: August 28, 2023
New York, New York

        _____
        GREGORY H. WOODS
        United States District Judge