USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
:
U.S. BANK, NATIONAL ASSOCIATION, *in its* :
*capacity as Trustee*, JOSHUA N. TERRY, *and* ACIS :
CAPITAL MANAGEMENT, L.P., :           1: 21-cv-11059-GHW
:
Plaintiffs,    :           ORDER
:
-against-     :
:
THE CHARITABLE DONOR ADVISED :
FUND, L.P., CLO HOLDCO LTD., *and* :
NEXPOINT DIVERSIFIED REAL ESTATE :
TRUST, :
:
Defendants. :
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    The Court grants Plaintiff NexPoint Diversified Real Estate Trust's application for issuance of letter of request, Dkt. No. 184. The Clerk's Office for the U.S. District Court for the Southern District of New York will notify Plaintiff NexPoint Diversified Real Estate Trust when the materials are ready for pickup at the courthouse. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 184.

    SO ORDERED.

Dated: August 29, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge