# Parsons McEntire McCleary PLLC

One Riverway, Suite 1800
Houston, Texas 77056
Telephone: (713) 960-7315
Facsimile: (960) 960-7347

Roger L. McCleary

Direct: (713) 960-7305
rmccleary@pmmlaw.com

August 29, 2023

The Honorable Gregory H. Woods, U.S.D.J.
United States Courthouse
500 Pearl Street, Courtroom 12C
New York, New York 10007-1312

      Re:   *U.S. Bank National Association, et al. v. The Charitable Donor Advised Fund, L.P. and CLO HoldCo Ltd.*, **Case No. 1:21-cv-11059-GHW**

Dear Judge Woods:

     Pursuant to Rule 1(E) of Your Honor's Individual Rules of Practice, Defendants/Counterclaim-Plaintiffs CLO Holdco, Ltd. and The Charitable Donor Advised Fund, L.P. (the "DAF Parties") write to request an extension of the briefing schedule regarding Plaintiff's Motion to Dismiss the DAF Parties' Amended Counterclaims and for Judgment on the Pleadings ("Plaintiffs' Motion") (Dkts. 176, 179, 182, 183) reflected in the Court's July 26, 2023, Order (Dkt. 165).[1] Plaintiffs U.S. Bank National Association, in its capacity as trustee ("US Bank"), Acis Capital Management, L.P. ("ACM"), and Joshua N. Terry's ("Terry") (US Bank, ACM, and Terry are collectively "Plaintiffs") **consent to this requested extension**.

     This requested extension will align the briefing schedule regarding Plaintiffs' Motion with the Court's August 29, 2023, Order (Dkt. 186) granting the same extension regarding Counterclaim-Defendant Highland CLO Funding, Ltd.'s ("HCLOF") Motion to Dismiss First Amended Counterclaims Against It (Dkt. 177; "HCLOF's Motion"). As reflected in the chart below, the requested extension would mean that the DAF Parties would file their opposition to Plaintiffs' Motion on September 12, instead of September 5, and Plaintiffs would file their reply on September 29, instead of September 19. We respectfully ask that the Court approve this modest schedule modification.

| Filing | Current Deadline | **Proposed New Deadline** |
|---|---|---|
| The DAF Parties' Opposition to Plaintiffs' Motion | Sept. 5 | **Sept. 12** |

---

[1] This request and letter are without admission of any kind by or on behalf of the DAF Parties and are without waiver of any substantive or procedural rights of the DAF Parties, all of which are expressly reserved.

Hon. Gregory H. Woods
August 29, 2023
Page 2

| Plaintiffs' Reply in Further Support of Plaintiffs' Motion | Sept. 19 | **Sept. 29** |
|---|---|---|

The DAF Parties have not previously requested an extension of these deadlines and seek this modest extension to account for the upcoming holiday and to make the briefing schedule consistent with that related to HCLOF's Motion. We appreciate the Court's consideration of this request.

Respectfully Submitted,

/                       /s/ Roger L. McCleary                    
Sawnie A. McEntire
*Admitted Pro Hac Vice*
Texas Bar No.: 13590100
Fed ID #3476
PARSONS MCENTIRE MCCLEARY PLLC
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Telephone: (214) 237-4300
Fax: (214) 237-4340
E-mail: smcentire@pmmlaw.com

Roger L. McCleary
*Admitted Pro Hac Vice*
Texas Bar No.: 133937000
Fed. ID #205
PARSONS MCENTIRE MCCLEARY PLLC
One Riverway, Suite 1800
Houston, Texas 77056
Telephone: (713) 960-7315
Fax: (713) 960-7347
E-mail: rmccleary@pmmlaw.com

/s/ Lindsey R. Skibell                       
Lindsey R. Skibell
E-mail: rskibell@glennagre.com
Jewel K. Tewiah
E-mail: jtewiah@glennagre.com
GLENN AGRE BERGMAN & FUENTES LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: 212.358.5600

**Counsel for CLO Holdco, Ltd. and The Charitable Donor Advised Fund, L.P.**