USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2023

## Parsons McEntire McCleary PLLC

One Riverway, Suite 1800
Houston, Texas 77056
Telephone: (713) 960-7315
Facsimile: (960) 960-7347

**MEMORANDUM ENDORSED**

Roger L. McCleary

Direct: (713) 960-7305
rmccleary@pmmlaw.com

August 29, 2023

The Honorable Gregory H. Woods, U.S.D.J.
United States Courthouse
500 Pearl Street, Courtroom 12C
New York, New York 10007-1312

Re: *U.S. Bank National Association, et al. v. The Charitable Donor Advised Fund, L.P. and CLO HoldCo Ltd.*, **Case No. 1:21-cv-11059-GHW**

Dear Judge Woods:

Pursuant to Rule 1(E) of Your Honor's Individual Rules of Practice, Defendants/Counterclaim-Plaintiffs CLO Holdco, Ltd. and The Charitable Donor Advised Fund, L.P. (the "DAF Parties") write to request an extension of the briefing schedule regarding Plaintiff's Motion to Dismiss the DAF Parties' Amended Counterclaims and for Judgment on the Pleadings ("Plaintiffs' Motion") (Dkts. 176, 179, 182, 183) reflected in the Court's July 26, 2023, Order (Dkt. 165).[1] Plaintiffs U.S. Bank National Association, in its capacity as trustee ("US Bank"), Acis Capital Management, L.P. ("ACM"), and Joshua N. Terry's ("Terry") (US Bank, ACM, and Terry are collectively "Plaintiffs") **consent to this requested extension**.

This requested extension will align the briefing schedule regarding Plaintiffs' Motion with the Court's August 29, 2023, Order (Dkt. 186) granting the same extension regarding Counterclaim-Defendant Highland CLO Funding, Ltd.'s ("HCLOF") Motion to Dismiss First Amended Counterclaims Against It (Dkt. 177; "HCLOF's Motion"). As reflected in the chart below, the requested extension would mean that the DAF Parties would file their opposition to Plaintiffs' Motion on September 12, instead of September 5, and Plaintiffs would file their reply on September 29, instead of September 19. We respectfully ask that the Court approve this modest schedule modification.

| Filing | Current Deadline | **Proposed New Deadline** |
|---|---|---|
| The DAF Parties' Opposition to Plaintiffs' Motion | Sept. 5 | **Sept. 12** |

---

[1] This request and letter are without admission of any kind by or on behalf of the DAF Parties and are without waiver of any substantive or procedural rights of the DAF Parties, all of which are expressly reserved.

Hon. Gregory H. Woods
August 29, 2023
Page 2

| Plaintiffs' Reply in Further Support of Plaintiffs' Motion | Sept. 19 | **Sept. 29** |
|---|---|---|

The DAF Parties have not previously requested an extension of these deadlines and seek this modest extension to account for the upcoming holiday and to make the briefing schedule consistent with that related to HCLOF's Motion. We appreciate the Court's consideration of this request.

                                        Respectfully Submitted,

/                                                    /s/ *Roger L. McCleary*
                                        Sawnie A. McEntire
                                        *Admitted Pro Hac Vice*
                                        Texas Bar No.: 13590100
                                        Fed ID #3476
                                        PARSONS MCENTIRE MCCLEARY PLLC
                                        1700 Pacific Avenue, Suite 4400
                                        Dallas, Texas 75201
                                        Telephone: (214) 237-4300
                                        Fax: (214) 237-4340
                                        E-mail: smcentire@pmmlaw.com

                                        Roger L. McCleary
                                        *Admitted Pro Hac Vice*
                                        Texas Bar No.: 133937000
                                        Fed. ID #205
                                        PARSONS MCENTIRE MCCLEARY PLLC
                                        One Riverway, Suite 1800
                                        Houston, Texas 77056
                                        Telephone: (713) 960-7315
                                        Fax: (713) 960-7347
                                        E-mail: rmccleary@pmmlaw.com

                                        /s/ *Lindsey R. Skibell*
                                        Lindsey R. Skibell

---

The parties' August 29, 2023 request for an extension of time to file their opposition to Plaintiff's motion to dismiss the DAF Parties' amended counterclaims and for judgment on the pleadings, Dkt. No. 188, is granted. The DAF Parties' opposition is due no later than September 12, 2023. Defendant's reply, if any, is due September 29, 2023. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 188.

SO ORDERED.

Dated: August 29, 2023                                         GREGORY H. WOODS
New York, New York                                     United States District Judge