# EXHIBIT "4"

# Parsons McEntire McCleary PLLC

One Riverway, Suite 1800
Houston, Texas 77056
Tel. (713) 960-7315
Fax (832) 742-7387

Roger L. McCleary
Director & Shareholder

(713) 960-7305
rmccleary@pmmclaw.com

August 11, 2023

Blair Alexander Adams                                            *Via E-Mail*
Misha Boutilier
Jeffery C. Arnier, Jr.
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

Mark D. Kotwick                                                  *Via E-Mail*
Thomas Ross Hooper
Julie J. Hong
STEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
(202) 574-1200

    Re: *U.S. Bank, National Association, et al v. The Charitable Donor Advised Fund, L.P., et al*; Cause No.1:21-cv-11059 (GHW) in the United States District Court for the Southern District of New York.

Counsel:

By way of this letter, the Charitable DAF Fund, L.P. ("DAF") and CLO Holdco Ltd. ("CLOH") (collectively the "DAF Parties") request Acis Capital Management, L.P. ("ACM") and U.S. Bank, National Association, in its capacity as Trustee ("US Bank") supplement their document production as follows:

    1.    Please produce the most recent "Daily Report" or "Daily Cash File" prepared for Acis CLO 2014-4, Ltd. ("Acis CLO 4"), Acis CLO 2014-5, Ltd. ("Acis CLO 5"), and/or Acis CLO 2015-6, Ltd. ("Asis CLO 6"), as well as any such reports that come into being from the date of this letter to the date of trial. Examples of these documents (for Acis CLO 6) can be found at the native files bates-labeled as ACIS00008659 and USB_0007517. These documents are responsive to the DAF Parties' Request for Production Nos. 30, 32, 36, 37, and 47, and should be produced. Alternatively, please

August 11, 2023
Page 2

confirm these documents will be produced in response to the DAF Parties' Second Requests for Production Nos. 1, 3, 4, 5, 6, 7, 13, 24, and/or 26. The DAF Parties understand that the data contained in these Daily Reports is historical in nature from the earliest date such data was collected and, to the extent this is correct, only the most recent available reports are required. However, to the extent the foregoing understanding is not correct, the DAF Parties request additional historical "Daily Reports" if needed.

    2.    Please produce all "Electronic Reports" identified on the Executive Summary page of each Monthly Reports for Acis CLO 4, Acis CLO 5, and/or Acis CLO 6 in their native format. For example, this would include the Monthly Data Files identified by name on the bates-labeled pages ACIS00000004 and USB_0009193 as shown below:

| Electronic Reports | |
|---|---:|
| Issue ID: | ACIS1404 |
| Monthly Data File Name: | |
| ACIS1404_11/21/21_D_3.CSV | Test History Standard |
| ACIS1404_11/21/21_D_4.CSV | Holdings Standard |
| ACIS1404_11/21/21_D_2.CSV | Transaction Details Standard |
| ACIS1404_11/21/21_D_12.CSV | Amortization |
| ACIS1404_11/21/21_D_13.CSV | Cash Account Summary |
| ACIS1404_11/21/21_D_14.CSV | Liability Details |

| Electronic Reports | |
|---|---:|
| Issue ID: | ACIS1404 |
| Monthly Data File Name: | |
| ACIS1404_02/21/20_D_3.CSV | Test History Standard |
| ACIS1404_02/21/20_D_4.CSV | Holdings Standard |
| ACIS1404_02/21/20_D_2.CSV | Transaction Details Standard |
| ACIS1404_02/21/20_D_12.CSV | Amortization |
| ACIS1404_02/21/20_D_13.CSV | Cash Account Summary |

These documents are similarly responsive to, at a minimum, the DAF Parties' Request for Production Nos. 30, 32, 34, 35, 36, 37, and 47, as well as the DAF Parties' Second Requests for Production Nos. 1, 3, 4, 5, 6, 7, 13, 24, 25 and 26, and should be produced.

    These records should be easily identifiable and easily produced by ACM and US Bank. We request that they be produced by Tuesday, August 15. In the event ACM and US Bank will not agree to do so, please provide your availability for a pre-motion conference on Wednesday, August 16, 2023, concerning this issue. Please do not hesitate to contact us should you have any questions. Thank you.

August 11, 2023
Page 3

                      Sincerely,

                      *//Roger L. McCleary//*

                      Roger L. McCleary

3128621.2