```
                                                              ┌─────────────────────────────┐
                                                              │ USDC SDNY                    │
                                                              │ DOCUMENT                     │
UNITED STATES DISTRICT COURT                                  │ ELECTRONICALLY FILED         │
SOUTHERN DISTRICT OF NEW YORK                                 │ DOC #: _____   │
-------------------------------------------------------- X    │ DATE FILED: 9/7/2023         │
                                                     :        └─────────────────────────────┘
U.S. BANK, NATIONAL ASSOCIATION, *in its capacity* :
*as Trustee*, JOSHUA N. TERRY, *and* ACIS CAPITAL  :
MANAGEMENT, L.P.,                                  :          1:21-cv-11059-GHW
                                                   :
                              Plaintiffs,          :          ORDER
                                                   :
                -against-                          :
                                                   :
THE CHARITABLE DONOR ADVISED FUND,                 :
L.P., *et al.*,                                    :
                                                   :
                              Defendants.          :
                                                   :
-------------------------------------------------------- X
```

GREGORY H. WOODS, District Judge:

The Court will hold a teleconference to discuss Defendants/Counter-Plaintiffs' proposed motion concerning discovery, Dkt. No. 192, on September 22, 2023 at 1:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(B) of the Court's Individual Rules.

SO ORDERED.

Dated: September 7, 2023
New York, New York                              _____
                                                     GREGORY H. WOODS
                                                   United States District Judge