```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/2023
```

September 18, 2023

**VIA CM/ECF**  **MEMORANDUM ENDORSED**

Hon. Gregory H. Woods
United States District Court, Southern District of New York
500 Pearl Street, Room 1920, New York, NY 10007

     Re:    *U.S. Bank National Association, et al. v. The Charitable Donor Advised Fund, L.P. and CLO HoldCo Ltd.*, Case No. 1:21-cv-11059-GHW (S.D.N.Y.)

Dear Judge Woods,

     Plaintiffs/Counter-Defendants U.S. Bank National Association, in its capacity as trustee, ("U.S. Bank"), Acis Capital Management, L.P. ("ACM"), and Joshua N. Terry (collectively "Plaintiffs") and Defendants/Counter-Plaintiffs Charitable DAF Fund, LP a/k/a The Charitable Donor Advised Fund, L.P. ("DAF") and CLO HoldCo, Ltd. ("CLOH") (collectively the "DAF Parties") jointly submit this letter pursuant to Paragraph 1.E of the Court's Individual Rules of Practice in Civil Cases to request a brief extension of the briefing deadlines for Plaintiffs and Highland CLO Funding, Ltd.'s ("HCLOF") motions to dismiss (Dkts. 176-177, the "Motions to Dismiss"). This is the third request for an extension of these deadlines. Plaintiffs and the DAF Parties mutually consent to this request. HCLOF consents to the request to extend the Motions to Dismiss briefing deadlines regarding HCLOF's pending motion to dismiss (Dkt. 177) but takes no position on the extension regarding Plaintiffs' pending motion to dismiss (Dkt. 176).

     The Rule 30(b)(6) corporate representative deposition of U.S. Bank (the "U.S. Bank Deposition") was scheduled to be taken today, September 18, 2023, by the DAF Parties' lead counsel, Mr. Sawnie McEntire. Unfortunately, Mr. McEntire was diagnosed with the Flu yesterday and the U.S. Bank Deposition was postponed by agreement of the Parties. The Court has already entered an order (Dkt. 191) permitting the U.S. Bank Deposition to be taken after the September 15, 2023, close of fact discovery.

     In connection with Mr. McEntire's illness, however, the DAF Parties and Plaintiffs, with HCLOF's consent, respectfully seek a further extension of the briefing deadlines for the Motions to Dismiss. The Parties request that the Court extend the DAF Parties' deadline to oppose the Motions to Dismiss from September 19, 2023, until September 22, 2023, and extend Plaintiffs' and HCLOF's deadline to file replies, if any, from October 13 to October 19, 2023.

     The Parties thank the Court for its consideration and attention to this matter.

     In making this request, none of the parties making or consenting to this request waive any of their respective substantive or procedural rights, all of which they respectively reserve.

Respectfully Submitted,

| | |
|---|---|
| /s/ *Blair A. Adams* | /s/ *Roger L. McCleary* |
| Jonathan E. Pickhardt | Sawnie A. McEntire |
| Blair A. Adams | *Admitted Pro Hac Vice* |
| Brendan Carroll | Texas Bar No.: 13590100 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Fed ID #3476 |
| 51 Madison Avenue, 22nd Floor | PARSONS MCENTIRE MCCLEARY PLLC |
| New York, New York 10010 | 1700 Pacific Avenue, Suite 4400 |
| (212) 849-7000 | Dallas, Texas 75201 |
| **Counsel for Plaintiffs ACIS Capital Management, L.P., and Joshua N. Terry** | Telephone: (214) 237-4300 |
| | Fax: (214) 237-4340 |
| | E-mail: smcentire@pmmlaw.com |
| /s/ *Mark D. Kotwick* | Roger L. McCleary |
| Mark D. Kotwick | *Admitted Pro Hac Vice* |
| Thomas Ross Hooper | Texas Bar No.: 133937000 |
| Julie J. Hong | Fed. ID #205 |
| SEWARD & KISSEL LLP | PARSONS MCENTIRE MCCLEARY PLLC |
| One Battery Park Plaza | One Riverway, Suite 1800 |
| New York, New York 10004 | Houston, Texas 77056 |
| (202) 574-1200 | Telephone: (713) 960-7315 |
| **Counsel for Plaintiff U.S. Bank, National Association** | Fax: (713) 960-7347 |
| | E-mail: rmccleary@pmmlaw.com |
| /s/ *Uri A. Itkin* | /s/ *Lindsey R. Skibell* |
| Uri A. Itkin | Lindsey R. Skibell |
| Shanna L. Miles | E-mail: rskibell@glennagre.com |
| Michael Chen | Jewel K. Tewiah |
| AKIN GUMP STRAUSS HAUER & FELD LLP | E-mail: jtewiah@glennagre.com |
| One Bryant Park | GLENN AGRE BERGMAN & FUENTES LLP |
| New York, New York 10036 | 55 Hudson Yards, 20th Floor |
| (212)872-1000 | New York, NY 10001 |
| **Counsel for Highland CLO Funding Ltd.** | Telephone: 212.358.5600 |
| | **Counsel for CLO Holdco, Ltd. and The Charitable Donor Advised Fund, L.P.** |

Application granted.  The parties' September 18, 2023 request for an extension of time regarding the briefing deadlines for Plaintiffs' and HCLOF's motions to dismiss, Dkt. No. 197, is granted.  The DAF Parties' deadline to oppose the motions to dismiss is extended to September 22, 2023, and the deadline for Plaintiffs and HCLOF to file replies, if any, is extended to October 19, 2023.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 197.

SO ORDERED.

Dated: September 18, 2023
New York, New York

3131188.2

                                          GREGORY H. WOODS
                                         United States District Judge