```
                                                        USDC SDNY
                                                        DOCUMENT
                                                        ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                            DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                           DATE FILED: 9/26/2023
------------------------------------------------------------- X
                                                  :
U.S. BANK, NATIONAL ASSOCIATION, *in its*         :
*capacity as Trustee*, JOSHUA N. TERRY, *and* ACIS :
CAPITAL MANAGEMENT, L.P.,                         :    1:21-cv-11059-GHW
                                                  :
                                     Plaintiffs,  :    ORDER
                                                  :
                  -against-                       :
                                                  :
THE CHARITABLE DONOR ADVISED                      :
FUND, L.P., *et al.*,                             :
                                                  :
                                     Defendants.  :
                                                  :
------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

As discussed during the conference held on September 22, 2023, the Court expects the parties to submit a joint letter proposing a briefing schedule for the DAF Parties' motion to compel discovery from Plaintiffs. This joint letter is due no later than September 27, 2023.

SO ORDERED.

Dated: September 26, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge