USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2023

September 27, 2023

**VIA CM/ECF**

**MEMORANDUM ENDORSED**

Hon. Gregory H. Woods
United States District Court, Southern District of New York
500 Pearl Street, Room 1920, New York, NY 10007

      Re:    *U.S. Bank National Association, et al. v. The Charitable Donor Advised Fund, L.P. and CLO HoldCo, Ltd.*, **Case No. 1:21-cv-11059-GHW.**

Dear Judge Woods,

      Defendants/Counter-Plaintiffs Charitable DAF Fund, LP a/k/a The Charitable Donor Advised Fund, L.P. ("DAF") and CLO HoldCo, Ltd. ("CLOH") (collectively the "DAF Parties"), Plaintiffs/Counter-Defendants U.S. Bank National Association, in its capacity as trustee, ("U.S. Bank"), Acis Capital Management, L.P. ("ACM"), and Joshua N. Terry (collectively "Plaintiffs"), and Counter-Defendant Highland CLO Funding, Ltd. ("HCLOF") (the DAF Parties, Plaintiffs, and HCLOF being collectively referred to as the "Parties"), jointly submit this proposed briefing schedule for the motions concerning discovery permitted by the Court during the September 22, 2023, pre-motion telephonic conference. Two joint pre-motion discovery letters, Dkt. 192 and Dkt. 194, were addressed during that conference.

      The Parties propose Friday, September 29, 2023, as the deadline for the filing of the DAF Parties' two discovery motions (one regarding Plaintiffs and one regarding HCLOF; the "Motions"). The Parties propose Friday, October 13, 2023, as the deadline for Plaintiffs and HCLOF to file their respective responses ("Responses") to the respective Motions. The Parties propose Friday, October 20, 2023, as the deadline for the DAF Parties to file any replies to the Responses.

      The Parties thank the Court for its consideration and attention to this proposal.

      In making this proposal, none of the Parties waive any of their respective substantive or procedural rights, all of which they respectively reserve.

Respectfully submitted,

| | |
|---|---|
| /s/ *Blair A. Adams* | /s/ *Sawnie A. McEntire* |
| Jonathan E. Pickhardt | Sawnie A. McEntire |
| Blair A. Adams | *Admitted Pro Hac Vice* |
| Brendan Carroll | Texas Bar No.: 13590100 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Fed ID #3476 |
| | PARSONS MCENTIRE MCCLEARY PLLC |
| 51 Madison Avenue, 22nd Floor | 1700 Pacific Avenue, Suite 4400 |
| New York, New York 10010 | Dallas, Texas 75201 |
| (212) 849-7000 | Telephone: (214) 237-4300 |

| | |
|---|---|
| **Counsel for Plaintiffs ACIS Capital Management, L.P., and Joshua N. Terry** | Fax: (214) 237-4340<br>E-mail: smcentire@pmmlaw.com |
| /s/ *Mark D. Kotwick*<br>Mark D. Kotwick<br>Thomas Ross Hooper<br>Julie J. Hong<br>SEWARD & KISSEL LLP<br>One Battery Park Plaza<br>New York, New York 10004<br>(202) 574-1200<br>**Counsel for Plaintiff U.S. Bank, National Association** | Roger L. McCleary<br>*Admitted Pro Hac Vice*<br>Texas Bar No.: 133937000<br>Fed. ID #205<br>PARSONS MCENTIRE MCCLEARY PLLC<br>One Riverway, Suite 1800<br>Houston, Texas 77056<br>Telephone: (713) 960-7315<br>Fax: (713) 960-7347<br>E-mail: rmccleary@pmmlaw.com |
| /s/ *Uri A. Itkin*<br>Uri A. Itkin<br>Shanna L. Miles<br>Michael Chen<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, New York 10036<br>(212)872-1000<br>**Counsel for Highland CLO Funding Ltd.** | /s/ *Lindsey R. Skibell*<br>Lindsey R. Skibell<br>E-mail: rskibell@glennagre.com<br>Jewel K. Tewiah<br>E-mail: jtewiah@glennagre.com<br>GLENN AGRE BERGMAN & FUENTES LLP<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>Telephone: 212.358.5600<br>**Counsel for CLO Holdco, Ltd. and The Charitable Donor Advised Fund, L.P.** |

The Court endorses the parties' proposed deadlines. The deadline for the DAF Parties to file and serve their discovery motions is September 29, 2023. Plaintiffs' and HCLOF's responses are due October 13, 2023. The DAF Parties' replies, if any, are due October 20, 2023.

SO ORDERED.

Dated: September 27, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge

3131803.1