**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7326

WRITER'S EMAIL ADDRESS
michaelbloom@quinnemanuel.com

October 2, 2023

VIA ECF

The Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

Re:   U.S. Bank National Association, in its capacity as Trustee, et al. v. The Charitable Donor Advised Fund, L.P., et al., No. 1:21-cv-11059-GHW

Dear Judge Woods:

Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") represents Plaintiffs Acis Capital Management, L.P. ("ACM") and Joshua N. Terry in the above-referenced action. I write to inform the Court that today, October 2, 2023, is my last day as an attorney employed at Quinn Emanuel, and I therefore request that I be permitted to withdraw as counsel for ACM and Mr. Terry and that Your Honor direct the Clerk's office to terminate me from the docket in this case.

Jonathan Pickhardt, Blair Adams, Brendan Carroll, Misha Boutilier and Jeffrey Arnier remain counsel of record for ACM and Mr. Terry. As such, my withdrawal will not affect any discovery, trial, or other such dates pending in this matter.

If the Court approves of this request, I respectfully request that it "So Order" this letter. We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Michael R. Bloom*
Michael R. Bloom

cc:   Counsel of Record (via ECF)

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH