USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2/2023

**quinn emanuel** trial lawyers | new york    **MEMORANDUM ENDORSED**

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7326**

WRITER'S EMAIL ADDRESS
**michaelbloom@quinnemanuel.com**

October 2, 2023

<u>VIA ECF</u>

The Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

Re:   U.S. Bank National Association, in its capacity as Trustee, et al. v. The Charitable Donor Advised Fund, L.P., et al., No. 1:21-cv-11059-GHW

Dear Judge Woods:

Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") represents Plaintiffs Acis Capital Management, L.P. ("ACM") and Joshua N. Terry in the above-referenced action. I write to inform the Court that today, October 2, 2023, is my last day as an attorney employed at Quinn Emanuel, and I therefore request that I be permitted to withdraw as counsel for ACM and Mr. Terry and that Your Honor direct the Clerk's office to terminate me from the docket in this case.

Jonathan Pickhardt, Blair Adams, Brendan Carroll, Misha Boutilier and Jeffrey Arnier remain counsel of record for ACM and Mr. Terry. As such, my withdrawal will not affect any discovery, trial, or other such dates pending in this matter.

If the Court approves of this request, I respectfully request that it "So Order" this letter. We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Michael R. Bloom*
Michael R. Bloom

cc:    Counsel of Record (via ECF)

Attorney Michael R. Bloom is granted leave to withdraw as counsel for Plaintiffs ACM and Joshua N. Terry. The Clerk of Court is instructed to terminate Attorney Michael R. Bloom from the list of active counsel in this case.

SO ORDERED.

Dated:  October 2, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH