# EXHIBIT 14

## Misha Boutilier

| | |
|---|---|
| **From:** | Allison A. Jacobsen <AJacobsen@pmmlaw.com> |
| **Sent:** | Wednesday, August 30, 2023 3:01 PM |
| **To:** | Misha Boutilier; Roger L. McCleary; Hong, Julie; Sawnie A. McEntire; Mazin Sbaiti; Griffin S. Rubin; Reid Skibell; Kim James; Melissa Pittmon; Jewel Tewiah; Kevin Colquitt |
| **Cc:** | Blair Adams; Brendan Carroll; Brian Uhler; Jeffery Arnier; Mary Trainor; Michael Bloom; Jon Pickhardt; uitkin@akingump.com; Jason.Hegt@lw.com; Alexis.Godfrey@lw.com; Kalana.Kariyawasam@lw.com; Larry.Hong@lw.com; Kotwick, Mark D.; Hooper, Ross; Gallo, Cassie; Timothy J. Miller; Ian B. Salzer |
| **Subject:** | July 21, 2023 Discovery Requests Joint Dispute Letter |
| **Attachments:** | 08.29.2023 ACIS_Terry_US Bank Discovery Dispute Letter.DOCX |

**[EXTERNAL EMAIL from ajacobsen@pmmlaw.com]**

All,

Please see the attached draft correspondence to the Court regarding the discovery dispute concerning the Requests for Production, Admissions, and Interrogatories served on July 21, 2023. Please send your contributions as soon as possible – and by tomorrow in any event. Thank you.

Regards,

Allison

Allison A. Jacobsen

**Parsons McEntire McCleary PLLC**

1700 Pacific Ave., Suite 4400

Dallas, TX 75201

Tel: (214) 237-4331

Fax: (469) 619-8192

1

www.pmmclaw.com

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.