# EXHIBIT 16

# Misha Boutilier

| | |
|---|---|
| **From:** | Misha Boutilier |
| **Sent:** | Friday, September 22, 2023 6:12 PM |
| **To:** | Sawnie A. McEntire |
| **Cc:** | Blair Adams; Kotwick, Mark D.; Roger L. McCleary; Allison A. Jacobsen; Reid Skibell; Jewel Tewiah |
| **Subject:** | USB et al v DAF et al (1:21-cv-11059): |

Sawnie,

During the court conference today, you stated that 10 of the DAF Parties' Second RFPs relate to new allegations or issues. Please promptly identify these RFPs to the ACM Parties so that they can consider your position.

Best,

Misha

**Misha Boutilier**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7559 Direct
mishaboutilier@quinnemanuel.com
www.quinnemanuel.com

1