# Exhibit 25

*Comparison of DAF 2nd RFPs Identified as Duplicative*

| RFP No. | Request | Duplicative of | Explanation |
|---|---|---|---|
| 9 | All documents concerning any communications regarding withholding funds which otherwise would be distributed to HCLOF or CLOH regarding the Acis CLOs. | DAF 1st RFP[1] Nos. 3-6 | The identified 1st RFPs seek "[a]ll documents and communications" pertaining to the basis for withholding reserve funds at the time the Acis CLOs were redeemed, the decision to withhold those funds, and any approval for the withholding of funds purportedly provided by several named parties.<br><br>The DAF Parties have not alleged any point in time--other than upon redemption--when "funds which otherwise would be distributable to HCLOF or CLOH" were purportedly withheld. |
| 10 | All documents and communications concerning the Guernsey Proceedings and/or Judge Jernigan's rulings concerning the same. | DAF 1st RFP Nos. 10-11, 44-46, and 48 | 1st RFP Nos. 10 and 11 broadly relate to the DAF Parties' interest in HCLOF or the Acis CLOs, which is a core factual component of the DAF Parties' claims in the Guernsey Proceedings.<br><br>1st RFP Nos. 44-46 and 48 broadly address the validity and enforceability of HCLOF's release of claims related to the Acis CLOs, which is the basis of the DAF Parties' claims in the Guernsey Proceedings. |
| 14 | All documents and communications concerning HCLOF's liquidation status and decision to wind-up its business affairs. | DAF 1st RFP No. 12 | The identified 1st RFP seeks documents and communications concerning DAF Parties' interest in HCLOF into which "[a]ll documents and communications concerning HCLOF's liquidation status and decision to wind-up its business affairs" would be subsumed. |
| 15 | All documents and communications concerning actual or contemplated actions taken to collect attorneys' fees from DAF, CLOH and/or NexPoint, as referenced in § 6 of the 2023 Agreement. | DAF 1st RFP No. 19 | The identified 1st RFP seeks documents and communications concerning the 2023 Agreement with HCLOF, including those related to the negotiation of the same. All documents or communications related to "actual or contemplated actions taken to collect attorneys' fees" predicated on section 6 of the 2023 Agreement would have been subsumed into the broader request for documents and communications concerning the 2023 Agreement. |

1

| RFP No. | Request | Duplicative of | Explanation |
|---|---|---|---|
| 16 | All documents reflecting the basis upon which You claim the right to collect attorneys' fees from DAF, CLOH and/or NexPoint, as referenced in § 6 of the 2023 Agreement. | DAF 1st RFP No. 19 | The identified 1st RFP seeks documents and communications concerning the 2023 Agreement with HCLOF, including those related to the negotiation of the same. All documents or communications related to "the basis upon which [Plaintiffs] claim the right to collect attorneys' fees" predicated on section 6 of the 2023 Agreement would have been subsumed into the broader request for documents and communications concerning the 2023 Agreement. |
| 17 | All documents and communications concerning any contention that James Dondero currently controls DAF and/or CLOH. | DAF 1st RFP No. 1 | The identified 1st RFP seeks "documents and communications concerning [Plaintiffs'] allegations of Dondero's purported control or functional control of either or both DAF Defendants" as detailed in the Plaintiffs' Amended Complaint. |
| 18 | All documents and communications concerning any actual or contemplated offer to purchase CLOH's shareholder interests in HCLOF, in whole or in part. | DAF 1st RFP No. 12 | The identified 1st RFP seeks documents and communications concerning DAF Parties' interest in HCLOF into which "[a]ll documents and communications concerning any actual or contemplated offer to purchase CLOH's shareholder interests in HCLOF" would be subsumed. |
| 19 | All documents and communications concerning:<br>a. the 2019 Lawsuit;<br>b. the 2020 Lawsuit; and/or<br>c. The Guernsey Proceedings. | DAF 1st RFP Nos. 10-11, 44-46, 48, and 53-56 | 1st RFP Nos. 53-56 broadly seek documents and communications concerning the 2019 and 2020 Lawsuits. 2nd RFP No. 19(a) and (b) are plainly duplicative.<br><br>2nd RFP No. 19(c) is duplicative of 2nd RFP No. 10 and is therefore duplicative of 1st RFP Nos. 10-11, 44-46, and 48 for the reasons stated, *supra* |
| 21 | All documents and communications constituting and/or reflecting any demand from HCLOF to You regarding or reflecting the exercise of the optional redemption of any and/or all of the Acis Notes. | DAF 1st RFPs 35-37 | The identified 1st RFPs seek documents and communications concerning the redemption of the Acis CLOs and proceeds from the sale of the CLOs assets, into which "[a]ll documents and communications constituting and/or reflecting any demand from HCLOF to [Plaintiffs] regarding or reflecting the exercise of the optional redemption of . . . Acis Notes" would be subsumed. |
| 27 | All board resolutions concerning the Acis CLOs, the Acis Notes, the 2021 Agreement, or the 2023 Agreement. | DAF 1st RFPs 15-17, 19-21, and 35-37 | The identified 1st RFPs broadly seek documents pertaining to the negotiation and execution of the HCLOF Agreements and the redemption of the Acis CLOs into which 2nd RFP No. 27's narrower request for board materials would be subsumed. |

| RFP No. | Request | Duplicative of | Explanation |
|---|---|---|---|
| 33 | All documents and communications between You and HCLOF concerning any of the following topics:<br>    a. Reserves;<br>    b. Withheld funds from the redemptions;<br>    c. The Members Agreement;<br>    d. The Guernsey Proceedings;<br>    e. CLOH's interest in HCLOF;<br>    f. The 2019 Lawsuit;<br>    g. The 2020 Lawsuit;<br>    h. The 2021 Agreement;<br>    i. The 2023 Agreement;<br>    j. The Counterclaims;<br>    k. Your claims in this Lawsuit;<br>    l. The Kirschner Litigation;<br>    m. The NexPoint Lawsuit; | DAF 1st RFP Nos. 1-6, 10-12, 15-16, 19-21, 35-37, 44-46, 48, and 53-56<br><br>DAF 2nd RFP Nos. 9, 10, 19, 21 | The identified 1st and 2nd RFPs overlap with substantially all of the wide range of sub-parts of DAF 2nd RFP No. 33, with the exception of sub-parts 33(c)--for which Plaintiffs searched and produced responsive, non-privileged documents, and 33(l), which is addressed in the Plaintiffs' memorandum of law in opposition to the DAF Parties' Motion to Compel. |