December 20, 2023

**VIA CM/ECF**

Hon. Gregory H. Woods
United States District Court, Southern District of New York
500 Pearl Street, Room 1920, New York, NY 10007

      Re:    *U.S. Bank National Association, et al. v. The Charitable Donor Advised Fund, L.P. and CLO HoldCo Ltd*. (Case No. 1:21-cv-11059-GHW)

Dear Judge Woods,

    Plaintiffs/Counter-Defendants U.S. Bank, National Association, in its capacity as trustee (the "Trustee"), Acis Capital Management, L.P. ("ACM"), and Joshua N. Terry ("Mr. Terry," and, together with ACM and the Trustee, "Plaintiffs"), Defendants/Counter-Plaintiffs Charitable DAF Fund, LP a/k/a The Charitable Donor Advised Fund, L.P. ("DAF"), CLO HoldCo, Ltd. ("CLOH"), and Counter-Defendant Highland CLO Funding, Ltd. ("HCLOF," and, collectively with Plaintiffs, DAF, and CLOH, the "Parties") jointly submit this letter in response to the Court's direction to provide a joint proposed briefing schedule and page limits for additional briefing addressing the recent Guernsey Judgment, including on the question of its potential preclusive effect. *See* Dkt. 230.

    The Parties agree and propose the following briefing schedule and page limits for briefs addressing the Guernsey Judgment:

- January 10, 2024: Plaintiffs and HCLOF each file a 10-page brief.
- January 17, 2024: DAF and CLOH file a joint omnibus 20-page opposition brief.

    The Parties disagree, however, concerning whether there should be reply briefing. Plaintiffs and HCLOF propose that they each file a 5-page reply brief by January 26, 2024. DAF and CLOH propose that there should be no reply briefing. The Parties therefore request the Court's guidance on this last point.

    The Parties thank the Court for its attention to this request.

Respectfully Submitted,

| | |
|---|---|
| */s/ Blair A. Adams* | */s/ Sawnie A. McEntire* |
| Jonathan E. Pickhardt | Sawnie A. McEntire |
| Blair A. Adams | *Admitted Pro Hac Vice* |
| Brendan Carroll | Texas Bar No.: 13590100 |
| Misha Boutilier | Fed ID #3476 |
| Jeffrey Arnier | PARSONS MCENTIRE MCCLEARY PLLC |
| QUINN EMANUEL URQUHART & | 1700 Pacific Avenue, Suite 4400 |
| SULLIVAN, LLP | Dallas, Texas 75201 |

51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
**Counsel for Plaintiffs ACIS Capital Management, L.P., and Joshua N. Terry**

*/s/ Mark D. Kotwick*
Mark D. Kotwick
Thomas Ross Hooper
Julie J. Hong
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
(202) 574-1200
**Counsel for Plaintiff U.S. Bank National Association, as Trustee**

*/s/ Uri A. Itkin*
Uri A. Itkin
Shanna L. Miles
Michael Chen
AKIN GUMP STRAUSS HAUER & FELD LLP
Bank of America Tower
1 Bryant Park
New York, New York 10036
(212) 872-1027
**Counsel for Counter-Defendant Highland CLO Funding, Ltd.**

Telephone: (214) 237-4300
Fax: (214) 237-4340
E-mail: smcentire@pmmlaw.com

Roger L. McCleary
*Admitted Pro Hac Vice*
Texas Bar No.: 133937000
Fed. ID #205
PARSONS MCENTIRE MCCLEARY PLLC
One Riverway, Suite 1800
Houston, Texas 77056
Telephone: (713) 960-7315
Fax: (713) 960-7347
E-mail: rmccleary@pmmlaw.com

Lindsey R. Skibell
E-mail: rskibell@glennagre.com
Jewel K. Tewiah
E-mail: jtewiah@glennagre.com
GLENN AGRE BERGMAN & FUENTES LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: 212.358.5600
**Counsel for CLO Holdco, Ltd. and The Charitable Donor Advised Fund, L.P.**