```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2024
```

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

# MEMORANDUM ENDORSED

WRITER'S DIRECT DIAL NO.
**(212) 849-7559**

WRITER'S EMAIL ADDRESS
mishaboutilier@quinnemanuel.com

January 12, 2024

**BY ECF**
The Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

Re:   *U.S. Bank, National Association et al. v. The Charitable Donor Advised Fund et al.*, 1:21-CV-11059-GHW (S.D.N.Y.)

Dear Judge Woods:

Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") represents Plaintiffs Acis Capital Management, L.P. ("ACM") and Joshua N. Terry in the above-referenced action. I write to inform the Court that January 12, 2024 is my last day as an attorney employed at Quinn Emanuel, and I therefore request that I be permitted to withdraw as counsel for ACM and Mr. Terry and that Your Honor direct the Clerk's office to terminate me from the docket in this case.

Jonathan Pickhardt, Blair Adams, Brendan Carroll, and Jeffrey Arnier remain counsel of record for ACM and Mr. Terry. As such, my withdrawal will not affect any discovery, trial, or other such dates pending in this matter.

If the Court approves of this request, we respectfully request that it "So Order" this letter. We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Misha Boutilier*
Misha Boutilier

cc:   Counsel of Record (via ECF)

---

Attorney Misha Boutilier is granted leave to withdraw as counsel for Plaintiffs Acis Capital Management, L.P. and Joshua N. Terry. The Clerk of Court is instructed to terminate Attorney Misha Boutilier from the list of active counsel in this case.

SO ORDERED.

Dated: January 12, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge

**quinn emanuel urquhart & sullivan, llp**

ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH