

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2024

**MEMORANDUM ENDORSED**

February 28, 2024

**Via E-File**

Honorable Gregory H. Woods
U.S. District Judge
Southern District of New York
500 Pearl Street, Room 2260
New York, NY  10007

Re: *U.S. Bank, National Association, et al. v. The Charitable Donor Advised Fund, L.P.*
No. 1:21-cv-11059, United States District Court, Southern District of New York

Dear Judge Woods:

Defendant/Counter-Plaintiff NexPoint Diversified Real Estate Trust ("NexPoint") respectfully writes on behalf of the parties regarding resetting the Court's deadline to file pre-motion letters. Currently, the Court has set this Friday, March 1, 2024, as the deadline to file pre-motion conference letters related to summary judgment motions. The Court recently adopted the parties' joint schedule and set the summary judgment motions deadline for June 28, 2024. In making that request, the parties inadvertently overlooked the pre-motion conference deadline. The parties therefore propose that the Court set June 3, 2024, as the new deadline to file pre-motion conference letters related to summary judgment motions. This will give the parties and the Court sufficient time to submit the letters and hold the Court's conference before the motions themselves would be due.

The parties respectfully that the Court enter an amended scheduling order establishing June 3, 2024, as the new deadline for pre-motion letters related to motions for summary judgment.

Respectfully submitted,

*/s/ Mazin A. Sbaiti*
Mazin A. Sbaiti
*Counsel for NexPoint Diversified
Real Estate Trust*

*/s/ Sawnie A. McEntire*
Sawnie A. McEntire
Roger L. McCleary
Lindsey R. Skibell
*Counsel for CLO  Holdco, Ltd. and The
Charitable Donor Advised Fund, L.P.*

February 28, 2024
Page 2

/s/ Blair A. Adams
Blair A. Adams
Jonathan E. Pickhardt
Jeffrey Arnier
*Counsel for Plaintiffs ACIS Capital*
*Management, L.P. and Joshua N. Terry*

/s/ Mark D. Kotwick
Mark D.  Kotwick
Thomas Ross Hooper
*Counsel for Plaintiff U.S. Bank National*
*Association, as Trustee*

/s/ Jason C. Hegt
Jason C. Hegt
Alexis Kellert Godfrey
*Counsel for Counter-Defendant*
*Brigade Capital Management, LP*

cc:  All Counsel (via ECF)

Application granted.  The deadline to submit any pre-motion conference letters related to
motions for summary judgment is extended to June 3, 2024.  The Clerk of Court is directed to
terminate the motion pending at Dkt. No. 259.

SO ORDERED.

Dated:  February 28, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge