```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                                      :

U.S. BANK, NATIONAL ASSOCIATION, *in its capacity as Trustee*, JOSHUA N. TERRY, *and* ACIS CAPITAL MANAGEMENT, L.P.,

                                      Plaintiffs,

-against-

THE CHARITABLE DONOR ADVISED FUND, L.P., *et al.*,

                                      Defendants.
-------------------------------------------------------------- X

1:21-cv-11059-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

On May 1, 2024, Highland CLO Funding, Ltd. filed a motion for entry of partial judgment as to certain claims in this case under Rule 54(b). Dkt. No. 266. Any opposition to the motion is due no later than May 16, 2024. Any reply is due no later than May 23, 2024.

SO ORDERED.

Dated: May 2, 2024
       New York, New York

                                                                               GREGORY H. WOODS
                                                                      United States District Judge