USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
: 
U.S. BANK, NATIONAL ASSOCIATION, *in its capacity* :
*as Trustee*, JOSHUA N. TERRY, *and* ACIS CAPITAL :
MANAGEMENT, L.P., : 1:21-cv-11059-GHW
:
               Plaintiffs, : ORDER
:
         -against- :
:
:
THE CHARITABLE DONOR ADVISED FUND, :
L.P., CLO HOLDCO LTD., *and* NEXPOINT :
DIVERSIFIED REAL ESTATE TRUST, :
:
               Defendants. :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      As stated on the record during the teleconference held on August 15, 2024, Plaintiffs' June 3, 2024 request for leave to file a motion for summary judgment, Dkt. No. 275, is granted. The deadline for Plaintiffs to file and serve their motion for summary judgment is October 1, 2024. Defendants' opposition is due within twenty-eight days after service of Plaintiffs' motion. Plaintiffs' reply, if any, is due within fourteen days after service of Defendants' opposition.

      SO ORDERED.

Dated: August 15, 2024
New York, New York

                                                GREGORY H. WOODS
                                           United States District Judge