UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. BANK NATIONAL ASSOCIATION, in its capacity as Trustee, JOSHUA N. TERRY, and ACIS CAPITAL MANAGEMENT, L.P.,

    *Plaintiffs*,

v.

THE CHARITABLE DONOR ADVISED FUND, L.P., CLO HOLDCO LTD., NEXPOINT DIVERSIFIED REAL ESTATE TRUST, and NHF TRS LLC,

    *Defendants*.

Case No. 1:21-cv-11059-GHW

---

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs U.S. Bank National Association, in its capacity as Trustee, Joshua N. Terry, and Acis Capital Management, L.P. (collectively, "Plaintiffs") and Defendants The Charitable Donor Advised Fund, L.P. and CLO HoldCo, Ltd. (collectively "Defendants") and Counter Defendants Highland CLO Funding Ltd and Brigade Capital Management (together with Plaintiffs and Defendants, the "Parties"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action is voluntarily dismissed with prejudice, with the Parties each bearing their own fees and costs.

Dated: March 10, 2025

*[signature]*

Mark D. Kotwick
Thomas Ross Hooper
Julie J. Hong
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
(212) 574-1200
Kotwick@sewkis.com
Hooper@sewkis.com
Hong@sewkis.com
**Counsel for Plaintiff U.S. Bank National Association, as Trustee**

*[signature]*

Sawnie A. McEntire (*Admitted Pro Hac Vice*)
PARSONS MCENTIRE MCCLEARY PLLC
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
(214) 237-4300
smcentire@pmmlaw.com

Roger L. McCleary (*Admitted Pro Hac Vice*)
PARSONS MCENTIRE MCCLEARY PLLC
One Riverway, Suite 1800
Houston, Texas 77056
(713) 960-7315
rmccleary@pmmlaw.com

Lindsey R. Skibell
Jewel K. Tewiah
GLENN AGRE BERGMAN & FUENTES LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
(212) 358-5600
rskibell@glennagre.com
jtewiah@glennagre.com
**Counsel for Defendants CLO HoldCo, Ltd. and The Charitable Donor Advised Fund, L.P.**

*[signature]*

Jonathan E. Pickhardt
Blair A. Adams
Jeffrey Arnier
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
jonpickhardt@quinnemanuel.com
blairadams@quinnemanuel.com
jefferyarnier@quinnemanuel.com
**Counsel for Plaintiffs ACIS Capital Management, L.P. and Joshua N. Terry**

Uri A. Itkin
Michael Chen
AKIN GUMP STRAUSS HAUER & FELD LLP
Bank of America Tower
1 Bryant Park
New York, New York 10036
(212) 872-1027
**Counsel for Counter-Defendant Highland CLO Funding, Ltd.**

2

Dated: March 10, 2025

Mark D. Kotwick
Thomas Ross Hooper
Julie J. Hong
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
(212) 574-1200
Kotwick@sewkis.com
Hooper@sewkis.com
Hong@sewkis.com
**Counsel for Plaintiff U.S. Bank National Association, as Trustee**

Sawnie A. McEntire (*Admitted Pro Hac Vice*)
PARSONS MCENTIRE MCCLEARY PLLC
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
(214) 237-4300
smcentire@pmmlaw.com

Roger L. McCleary (*Admitted Pro Hac Vice*)
PARSONS MCENTIRE MCCLEARY PLLC
One Riverway, Suite 1800
Houston, Texas 77056
(713) 960-7315
rmccleary@pmmlaw.com

Lindsey R. Skibell
Jewel K. Tewiah
GLENN AGRE BERGMAN & FUENTES LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
(212) 358-5600
rskibell@glennagre.com
jtewiah@glennagre.com
**Counsel for Defendants CLO HoldCo, Ltd. and The Charitable Donor Advised Fund, L.P.**

/s/ Blair Adams
Jonathan E. Pickhardt
Blair A. Adams
Jeffrey Arnier
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
jonpickhardt@quinnemanuel.com
blairadams@quinnemanual.com
jefferyarnier@quinnemanual.com
**Counsel for Plaintiffs ACIS Capital Management, L.P. and Joshua N. Terry**

Uri A. Itkin
Michael Chen
AKIN GUMP STRAUSS HAUER & FELD LLP
Bank of America Tower
1 Bryant Park
New York, New York 10036
(212) 872-1027
**Counsel for Counter-Defendant Highland CLO Funding, Ltd.**

2

Jason C. Hegt
Alexis Kellert Godfrey
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
Jason.Hegt@lw.com
Alexis.Godfrey@lw.com
*Counsel for Counter-Defendant Brigade Capital Management, LP*