UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, in its capacity as Trustee, JOSHUA N. TERRY, AND ACIS CAPITAL MANAGEMENT, L.P., <br><br> Plaintiffs, <br><br> -against- <br><br> THE CHARITABLE DONOR ADVISED FUND, L.P., CLO HOLDCO LTD., AND NEXPOINT DIVERSIFIED REAL ESTATE TRUST, <br><br> Defendants. | Case No. 1:21-cv-11059 (GHW) |

# NOTICE OF APPEAL

Notice is hereby given that Defendant Nexpoint Diversified Real Estate Trust ("NexPoint") in the above-named case appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Opinion & Order [Dkt. 261] entered on March 1, 2024, dismissing NexPoint's counterclaims against Plaintiffs/Counter-Defendants Acis Capital Management, L.P. and Joshua N. Terry and Counter-Defendant Brigade Capital Management, LP.

The above-referenced Order became final on March 10, 2025, when the remaining claims herein were dismissed with prejudice [Dkt. 322, Stipulation of Voluntary Dismissal].

Dated: March 18, 2025                     Respectfully submitted,

**SBAITI & COMPANY PLLC**

*Mazin A. Sbaiti*
**Mazin A. Sbaiti**
New York Bar No. 4339057
mas@sbaitilaw.com
**Griffin S. Rubin** (Admitted *Pro Hac Vice*)
Texas Bar No. 24121809
gsr@sbaitilaw.com

**PAGE 1**

**Kevin N. Colquitt** (Admitted *Pro Hac Vice)*
Texas Bar No. 24072047
knc@sbaitilaw.com
2200 Ross Avenue, Suite 4900W
Dallas, TX 75201
T: 214.432.2899
F: 214.853.4367

**COUNSEL FOR DEFENDANT NEXPOINT
DIVERSIFIED REAL ESTATE TRUST**