UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, in its capacity as Trustee, JOSHUA N. TERRY, AND ACIS CAPITAL MANAGEMENT, L.P., <br><br> Plaintiffs, <br><br> -against- <br><br> THE CHARITABLE DONOR ADVISED FUND, L.P., CLO HOLDCO LTD., AND NEXPOINT DIVERSIFIED REAL ESTATE TRUST, <br><br> Defendants. | **Case No. 1:21-cv-11059 (GHW)** |

## **AMENDED NOTICE OF APPEAL**

Notice is hereby given that Defendants Nexpoint Diversified Real Estate Trust and NHF TRS, LLC ("NexPoint" and "NHF," and collectively, "Defendants") in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the Memorandum Opinion & Order [Dkt. 261] entered on March 1, 2024, dismissing NexPoint's and NHF's counterclaims against Plaintiffs/Counter-Defendants Acis Capital Management, L.P. and Joshua N. Terry and Counter-Defendant Brigade Capital Management, LP.

The above-referenced Order became final on March 10, 2025, when the remaining claims herein were dismissed with prejudice [Dkt. 322, Stipulation of Voluntary Dismissal].

Dated: March 26, 2025                    Respectfully submitted,

SBAITI & COMPANY PLLC

_Mazin A. Sbaiti_____
Mazin A. Sbaiti
New York Bar No. 4339057
mas@sbaitilaw.com

        Griffin S. Rubin (Admitted Pro Hac Vice)
        Texas Bar No. 24121809
        gsr@sbaitilaw.com
        Kevin N. Colquitt (Admitted Pro Hac Vice)
        Texas Bar No. 24072047
        knc@sbaitilaw.com
        2200 Ross Avenue, Suite 4900W
        Dallas, TX 75201
        T: 214.432.2899
        F: 214.853.4367

        **COUNSEL FOR DEFENDANT NEXPOINT DIVERSIFIED REAL ESTATE TRUST**